UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

CASE NO.: 9:25-cv-81544-AMC

JUNEL POCHETTE, as Personal Representative
of the Estate of MARCIA MAY POCHETTE, and
DEVIN WOODS, as Personal Representative
of the Estate of JENICE MONIQUE WOODS,

    Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that **Andrew B. Carrabis**, hereby enters his appearance as Counsel for Defendant, **CITY OF WEST PALM BEACH,** and is admitted to practice in this Court. Please direct and serve all further notice and copies of pleadings, papers, and other material relevant to this action to the undersigned.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all parties on the counsel list.

    OFFICE OF THE CITY ATTORNEY
    CITY OF WEST PALM BEACH
    401 Clematis Street, Fifth Floor
    West Palm Beach, FL 33401
    (561) 822-1353 (telephone)
    (561) 822-1373 (facsimile)

By: */s/ANDREW B. CARRABIS*
Andrew Brett Carrabis
Senior Assistant City Attorney
Fla. Bar No. 89782