UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-81544-CANNON

**JUNEL POCHETTE**, *as Personal Representative
of the Estate of MARCIA MAY POCHETTE*, and
**DEVIN WOODS**, *as Personal Representative
of the Estate of JENICE MONIQUE WOODS*,

    Plaintiffs,

v.

**CITY OF WEST PALM BEACH,** *et al.*,

    Defendants.
_____/

## DEFENDANT CITY OF WEST PALM BEACH'S
## NOTICE OF COMPLIANCE WITH COURT ORDER

Defendant, CITY OF WEST PALM BEACH ("City"), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, Southern District of Florida Local Rules, and this Court's Order [ECF No. 5], hereby files this Notice of Compliance and states as follows:

1. The City was served with the Second Amended Complaint ("SAC") on January 15, 2025, with a response/answer due by February 5, 2026.

2. This Court's Order dated December 12, 2025, ordered that "no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond." [ECF No. 5].

3. As of this filing and the Court docket, all Defendants have not been served.

1

4. In an abundance of caution, as the City's docketed deadline is February 5, 2026, the City files this Notice of Compliance with this Court's Order, above. [ECF No. 5].

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all parties on the counsel list.

OFFICE OF THE CITY ATTORNEY
CITY OF WEST PALM BEACH
401 Clematis Street, Fifth Floor
West Palm Beach, FL 33401
(561) 822-1353 (telephone)
(561) 822-1373 (facsimile)

By: */s/ANDREW B. CARRABIS*
Andrew Brett Carrabis
Senior Assistant City Attorney
Fla. Bar No. 89782