UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 25-CV-81544-AMC

JUNEL POCHETTE, individually and as
Personal Representative of the Estate of
MARCIA MAY POCHETTE, and DEVIN
WOODS, individually and as Personal
Representative of the Estate of JENICE
MONIQUE WOODS,

    Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,

    Defendants.

_____/

## DEFENDANT, AUSTIN DANIELOVICH'S, NOTICE OF COMPLIANCE WITH COURT ORDER [DE 5]

COMES NOW, Defendant, AUSTIN DANIELOVICH ("DANIELOVICH"), by and through his undersigned counsel and pursuant to this Court' Order [DE 5], hereby files his Notice of Compliance, and states as follows:

1. On January 22, 2026, DANIELOVICH was served with Plaintiff's Amended Complaint, which requires a response no later than February 12, 2026.

2. On December 12, 2025, this Court entered an order indicating that responsive pleadings to the Amended Complaint would not be due until all Defendants have

      been served, and that responsive pleadings would be due within the time allowed for the last Defendant, after service.

3.     A review of the docket in the instant case reveals that all Defendants have not been served.

4.     In an abundance of caution, as DANIELOVICH's responsive pleading deadline is February 12, 2026, he files this Notice of Compliance with this Court's Order [DE 5].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel.

Respectfully submitted,

*/s/ Tamatha S. Alvarez*
TAMATHA S. ALVAREZ (151467)
tsalaw@hotmail.com
LISTER & ALVAREZ
1655 N. Commerce Parkway, Suite 102
Weston, FL 33326
Telephone:   (954) 659-9322 Ext 305
Facsimile:    (954) 659-9909
*Counsel for Danielovich*