# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

**Plaintiff:** JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS

vs.

**Defendant:** CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually

ROC2026000465

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Darien Thomas, 3826 SHELLEY RD N, WEST PALM BEACH, FL 33407**.

I, Nixon Fleurimond, do hereby affirm that on the **31st day of January, 2026** at **10:45 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** to: **Darien Thomas** at the address of: **3826 SHELLEY RD N, WEST PALM BEACH, FL 33407** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with Federal Statute or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Hispanic, Height: 6'0", Weight: 170, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

Nixon Fleurimond
Process Server 1316

Rock Legal Services & Investigations Inc
500 South Australian Ave.
Suite 606
West Palm Beach, FL 33401
(561) 296-7574

Our Job Serial Number: ROC-2026000465
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d