UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 25-81544-CIV-JUDGE CANNON

JUNEL POCHETTE, individually and as Personal
Representative of the Estate of MARCIA MAY
POCHETTE, and DEVIN WOODS, individually
and as Personal Representative of the Estate of
JENICE MONIQUE WOODS,

      Plaintiffs,

         v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,

      Defendants.

_____/

**<u>PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO GAIN SERVICE OF PROCESS
ON THE DEFENDANTS, CHRISTOPHER REKDAHL AND MICHAEL BORGEN</u>**

      COME NOW the Plaintiffs, JUNEL POCHETTE, individually and as Personal

Representative of the Estate of MARCIA MAY POCHETTE, and DEVIN WOODS, individually

and as Personal Representative of the Estate of JENICE MONIQUE WOODS, by and through their

undersigned attorney, and hereby file Plaintiffs' Motion for Extension of Time to Gain Service of

Process on the Defendants, CHRISTOPHER REKDAHL and MICHAEL BORGEN, and state the

following in support thereof:

1.      This is a tragic multi-fatality wrongful death matter, among other causes of action, arising out of a motor vehicle crash that occurred on July 30, 2024 on Congress Avenue at its intersection with Meadows Boulevard in Boynton Beach, Palm Beach County, Florida.

2.      The Plaintiffs, JUNEL POCHETTE and DEVIN WOODS, as the appointed Personal Representatives of the Estates of the decedents, MARCIA MAY POCHETTE and JENICE MONIQUE WOODS, filed their lawsuit and/or Complaint in this matter on December 10, 2025 (ECF No. 1).

3.      Thereafter, the Plaintiffs filed their Second Amended Complaint on December 29, 2025 (ECF No. 7)[1] after this Honorable Court had entered its Order Dismissing Shotgun Complaint and Permitting Repleading dated December 16, 2025 (ECF No. 6).

4.      In the Plaintiffs' Second Amended Complaint filed on December 29, 2025, the Plaintiffs have brought/filed this lawsuit against the following:

a.      CITY OF WEST PALM BEACH, a Florida municipal corporation;

b.      AUSTIN DANIELOVICH, individually;

c.      PIERRE ETIENNE, individually;

d.      CHRISTOPHER REKDAHL, individually;

e.      MICHAEL BORGEN, individually;

---

[1] Plaintiffs' Amended Complaint (second filed Complaint) was filed only hours after the initial Complaint was filed on December 10, 2025 and only added the date of the filing and/or the handwritten date of the Complaint on the last page. No other changes were made in such second filed Complaint. Substantive changes and/or amendments were made in Plaintiffs' Second Amended Complaint filed on December 29, 2025.

f.     WILLIAM LOAYZA, individually;

g.     BRANDAN STEDFELT, individually; and

h.     DARIEN THOMAS, individually.

5.     The Plaintiffs have gained services of process on the CITY OF WEST PALM BEACH (ECF No. 11 and such Return of Service is attached hereto as "Plaintiffs' Exhibit A").

6.     The Plaintiffs have gained services of process on AUSTIN DANIELOVICH (ECF No. 12 and such Return of Service is attached hereto as "Plaintiffs' Exhibit B").

7.     The Plaintiffs have gained services of process on PIERRE ETIENNE (ECF No. 14 and such Return of Service is attached hereto as "Plaintiffs' Exhibit C").

8.     The Plaintiffs have gained services of process on MICHAEL BORGEN (ECF No. 24 and such Return of Service is attached hereto as "Plaintiffs' Exhibit D"). With respect to MICHAEL BORGEN, this Honorable Court entered a Paperless Order on February 27, 2026 (ECF No. 25) indicating "To ensure effectuation of proper service on Defendant Michael Borgen, and mindful of the policy disfavoring defaults, the Court hereby directs Plaintiffs to file a Supplement on Service on or before March 5, 2026." The Plaintiffs filed Plaintiffs' Supplement on Service of Defendant, MICHAEL BORGEN, on March 5, 2026 (ECF No. 27). As indicated in the filed Supplement, service was gained and/or effectuated pursuant to §48.031(6)(a), Florida Statutes. The Plaintiffs and their undersigned counsel feel that service of process on MICHAEL BORGEN is/was proper and legally sufficient, but requests this extension of time as to MICHAEL BORGEN in an abundance of caution and in light of this Honorable Court's Paperless Order (ECF No. 25).

9.     The Plaintiffs have gained services of process on WILLIAM LOAYZA (ECF No. 13 and such Return of Service is attached hereto as "Plaintiffs' Exhibit E").

10.     The Plaintiffs have gained services of process on BRANDAN STEDFELT (ECF No. 23 and such Return of Service is attached hereto as "Plaintiffs' Exhibit F").

11.     The Plaintiffs have gained services of process on DARIEN THOMAS (ECF No. 21 and such Return of Service is attached hereto as "Plaintiffs' Exhibit G").

12.     As a result, the Plaintiffs have gained and/or effectuated service of process on all of the Defendants in this matter except for the Defendant, CHRISTOPHER REKDAHL. As to CHRISTOPHER REKDAHL, the Plaintiffs and their process server have gone to great lengths to serve him, but it appears that he is concealing and/or hiding his whereabouts.

13.     Initially, the Plaintiffs attempted to serve CHRISTOPHER REKDAHL and all of the named officers at the City of West Palm Beach Police Department located at 600 Banyan Boulevard, West Palm Beach, FL 33401. The process server with Rock Legal Services & Investigations, Inc. has advised and/or indicated that the WPBPD Court Laison, Wayde Jeremie, stated that all of the WPBPD police officer Defendants "had been terminated from the West Palm Beach Police Department."[2] (See the March 5, 2026 11:20 A.M. e-mail from Shawn Woods of Rock Legal to Nancy Lehr (legal assistant to Scott B. Smith, Esq.) attached as "Plaintiffs' Exhibit H" and the Return of Non-Service for such attempted service attached as "Plaintiffs' Exhibit I").

---

[2] It is the understanding of the Plaintiffs and their undersigned attorney that the subject, involved and/or sued WPBPD police officers were terminated and/or fired from the WPBPD because of their actions, inactions and/or involvement in causing, contributing to and/or leaving the scene of the subject multi-fatality crash that resulted in the wrongful deaths of MARCIA MAY POCHETTE and JENICE MONIQUE WOODS (Jenice was pregnant at the time of the crash).

Thus, the WPBPD Court Laison would not accept the service of process for the named and/or sued police officers as is typical done by a law enforcement agency's Court Laison.

14.     Thereafter, the Plaintiffs' Process Server attempted to serve CHRISTOPHER REKDAHL at two other addresses: 1) 160 N.W. 70th Street, Apt. 202, Boca Raton, FL 33487 and 2) 12712 Woodmill Drive, Unit H, Palm Beach Gardens, FL 33418. (See again "Plaintiffs' Exhibit H" – Shawn Woods e-mail to Nancy Lehr).

15.     The 160 N.W. 70th Street, Apt. 202, Boca Raton, FL 33487 "last known" address for CHRISTOPHER REKDAHL was provided to the undersigned attorney for the Plaintiffs and his office by Andrew Carrabis, Esquire, Senior Assistant City Attorney for the City of West Palm Beach, on February 18, 2026 at 3:15 P.M. via e-mail[3] after the undersigned attorney, Scott B. Smith, Esquire, e-mailed Mr. Carrabis earlier on February 18, 2026 at 1:46 P.M. advising him that "we [Plaintiffs] have put in very significant effort, time, resources and costs in getting them [WPBPD officers] served once the City of West Palm Beach would not accept and/or receive the Summons for each of them at the same time we served the City." (See "Plaintiffs' Exhibit J" and "Plaintiffs' Exhibit K").

16.     Unfortunately and even frustratingly, the Process Server for the Plaintiffs was unable to gain service of process on CHRISTOPHER REKDAHL at either of the addresses of 1) 160 N.W. 70th Street, Apt. 202, Boca Raton, FL 33487 and 2) 12712 Woodmill Drive, Unit H, Palm Beach

---

[3] The "last known address" provided for Michael Borgen is no longer applicable and/or accurate according to Rock Legal Services. Rock Legal Services has advised the undersigned attorney that Michael Borgen "is currently somewhere in Port St. Lucie" but the address cannot be determined and the only available current address for him is the private mailbox he was served at pursuant to §48.031(6)(a).

Gardens, FL 33418 (both Returns of Non-Service are attached hereto as "Plaintiffs' Exhibit L" and "Plaintiffs' Exhibit M").

17.     As this motion and the attached exhibits indicate, the Plaintiffs, their counsel and their Process Server have been working diligently to gain personal service of process on both CHRISTOPHER REKDAHL and MICHAEL BORGEN[4], but due to each of them concealing and/or hiding their whereabouts, most likely and/or potentially due to being former law enforcement officers and due to being involved in this tragic crash, the Plaintiffs have not been able to gain service of process on CHRISTOPHER REKDAHL at all and only on MICHAEL BORGEN pursuant to §48.031(6)(a).

18.     The Plaintiffs and their counsel have exercised extensive good faith in trying to gain personal service of process on CHRISTOPHER REKDAHL and MICHAEL BORGEN.

19.     The Plaintiffs and their counsel have put in significant due diligence in trying to gain personal service of process on CHRISTOPHER REKDAHL and MICHAEL BORGEN.

20.     There has been no neglect on the part of the Plaintiffs and their undersigned counsel in trying to gain personal service of process on CHRISTOPHER REKDAHL and MICHAEL BORGEN.

21.     Based on all of the foregoing, the Plaintiffs respectfully request a sixty (60) day extension of time to gain service of process on CHRISTOPHER REKDAHL and MICHAEL

---

[4] The Plaintiffs feel their service of process on MICHAEL BORGEN is legally sufficient, but in light of this Honorable Court's Paperless Order and in an abundance of caution the Plaintiffs included MICHAEL BORGEN in this motion for an extension of time to gain service of process.

BORGEN (if the Court deems necessary as to MICHAEL BORGEN). It is respectfully requested that the Plaintiffs have an additional sixty (60) days beginning on March 10, 2026.

22.     This motion is made by the Plaintiffs and their undersigned attorney in good faith and not for the purpose of any delay to or in this matter.

WHEREFORE the Plaintiffs, JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE, and DEVIN WOODS, individually and as Personal Representative of the Estate of JENICE MONIQUE WOODS, by and through their undersigned attorney, respectfully request an extension of time of sixty (60) days from March 10, 2026 to gain service of process on CHRISTOPHER REKDAHL and MICHAEL BORGEN (if needed as to MICHAEL BORGEN).

### CERTIFICATION AND VERIFICATION OF SCOTT B. SMITH, ESQ. (CO-COUNSEL FOR THE PLAINTIFFS)

My name is Scott B. Smith, Esq. I am a member of The Florida Bar in good standing. I was admitted to the Florida Bar on November 19, 1998. My Florida Bar No. is 158569. I am Board Certified by The Florida Bar in the area of Civil Trial Law and have been since 2008.

Along with Jerome Stone, Esq., Linda Capobiacno, Esq. and Kevin Anderson, Esq., I represent the Plaintiffs in this matter. We filed this lawsuit for and on behalf of the Plaintiffs. We have engaged and/or hired Rock Legal Services & Investigations, Inc. to serve all of the Defendants in this matter with the initial service of process.

We (counsel for Plaintiffs) and Rock Legal Services & Investigations, Inc. have put in and/or invested significant time, energy, resources and money in trying to gain personal service of process on all of the Defendants in this matter, especially with respect to CHRISTOPHER

REKDAHL and MICHAEL BORGEN. We have worked extra hard to gain personal service on CHRISTOPHER REKDAHL and MICHAEL BORGEN.

Our request for additional time to effectuate personal service of process on CHRISTOPHER REKDAHL and MICHAEL BORGEN is made in good faith and not for the purpose of delay in this matter. We have and will continue to use our best efforts and substantial good faith in trying to gain personal service of process on CHRISTOPHER REKDAHL and MICHAEL BORGEN.

Scott B. Smith, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2026, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record.

Scott B. Smith, Esq.
Florida Bar No. 158569
SMITH, BALL, BAEZ & PRATHER
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, FL 33410
Telephone: (561) 675-0840
Facsimile: (561) 675-0841
Primary Email: ssmith@smithball.com
Secondary: nlehr@smithball.com

Respectfully submitted,

*By: /s/ Kevin R. Anderson*
Kevin R. Anderson
Florida Bar No. 44857
ANDERSON & WELCH, LLC
120 S. Australian Ave., Floor 6
West Palm Beach, FL 33401

Telephone: (561) 832-3386
Facsimile: (561) 820-4867
Primary Email: kan@andersonandwelch.com
Secondary: andewelch@andersonandwelch.com

*By:  /s/ Jerome A. Stone, Jr.*
Jerome A. Stone, Jr.
Florida Bar No. 57010
jas@stonelawfl.com
Linda E. Capobianco
Florida Bar No. 121916
lec@stonelawfl.com
STONE & CAPOBIANCO, P.L.
219 SE Ocean Boulevard
Stuart, FL 34994
Telephone: (772) 781-4357
Facsimile: (772) 781-4340
Primary Email: jas@stonelawfl.com
Secondary Email: lec@stonelawfl.com

Attorneys for Plaintiffs

.

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff:
**JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**



ROC2026000278

vs.

Defendant:
**CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410



Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **City of West Palm Beach Mayor Keith A. James, 401 Clematis Street, 2"'* Floor, West Palm Beach, FL 33401**.

I, Nixon Fleurimond, do hereby affirm that on the **15th day of January, 2026** at **10:10 am, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Shane Weaver** as **Assistant City Attorney** for **City of West Palm Beach**, at the address of **401 Clematis Street, 2"'* Floor, West Palm Beach, FL 33401** and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 150, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18 and have no interest in the above acti on in accordance with the Federal Rules of Civil Procedure.

**Nixón Fleurimond**
Federal Server 1316

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026000278
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff:
**JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**



ROC2026000464

vs.

Defendant:
**CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**



For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Austin Danielovich, 4191 OAK ST, PALM BEACH GARDENS, FL 33418**.

I, Dawn Herndon, do hereby affirm that on the **22nd day of January, 2026** at **8:57 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** to: **Austin Danielovich** at the address of: **4191 OAK ST, PALM BEACH GARDENS, FL 33418** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with Federal Stat ute or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 34, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 200, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts s tated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing  in the county in which service was made in accordance with State Statute.

*Dawn Herndon*

**Dawn Herndon**
Process Server ID#3109

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026000464
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

## **RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff: **JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVI WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**

vs.

Defendant: **CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**



ROC2026000467

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Pierre Etienne, 10821 DALMANY WAY, ROYAL PALM BEACH, FL 33411**

I, Denise Rock, do hereby affirm that on the **23rd day of January, 2026** at **8:17 am, I:**

**SUBSTITUTE RESIDENTIAL:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Stephanie Etienne** as **Daughter/Co-Resident**, who was fifteen (15) years of age or older, resided at the time of service **10821 DALMANY WAY, ROYAL PALM BEACH, FL 33411,** which was also **Pierre Etienne's** usual place of abode, and informed said person of the contents therein, in compliance with Florida Statute 48.031 or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 22, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 180, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18 and have no interest in the above action in accordance with the Federal Rules of Civil Procedure.

**Denise Rock**
Process Server

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026000467
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff:
**JUNEL POCHETTE, individually and as Personal Representative of the Estate of
MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal
Representative of the Estate of JENINE MONIQUE WOODS**

vs.

Defendant:
**CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN
DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER
REKDAHL, individually, MICHAEL BORGEN, individually, WILLIAM LOAYZA,
individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS,
individually**



For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Sherry Walker on the 23rd day of February, 2026 at 1:56 pm to be served on **Michael Borgen Modern Horizon
Homes LLC at A1 Postal Services, 11582 SW Village Pkwy, Unit 1077, Port St. Lucie, FL 34987.**

I, Sherry Walker, do hereby affirm that on the **24th day of February, 2026** at **12:25 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and
Demand for Jury Trial** to: **Samedrew Joissaint**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the
address of: **11582 SW Village Pkwy, Unit 1077, Port St. Lucie, FL 34987**; the only address known after reasonable
investigation and after determining that the person or business to be served maintains a mailbox at this location, in
compliance with State Statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'7", Weight: 160, Hair: Black, Glasses: N

Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the
age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit
in which the process was effected in accordance with State statutes. Pursuant to FS 92.525(2) and 28 USC Section 1746,
no notary is requires.

**Sherry Walker**
CPS #08-53

**Rock Legal Services & Investigations, Inc.**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026001414
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-
XXXX

Plaintiff: **JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**



ROC2026000466

vs.

Defendant: **CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**



For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **William Loayza, 791 BLUEBERRY DR, WELLINGTON, FL 33414**.

I, Denise Rock, do hereby affirm that on the **22nd day of January, 2026** at **5:00 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** to: **William Loayza** at the address of: **791 BLUEBERRY DR, WELLINGTON, FL 33414** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with Federal Statute or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 210, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

**Denise Rock**
Process Server ID#1017

**Rock Legal Services & Investigations Inc
500 South Australian Ave.
Suite 606
West Palm Beach, FL 33401
(561) 296-7574**

Our Job Serial Number: ROC-2026000466
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff:
**JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of the Estate of JENINE MONIQUE WOODS**



ROC2026000463

vs.

Defendant:
**CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**



For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Brandan Stedfelt, 6083 SEMINOLE GARDENS CIR C, RIVIERA BEACH, FL 33418**.

I, William Wyly, do hereby affirm that on the **18th day of February, 2026** at **5:29 pm, I:**

**SUBSTITUTE RESIDENTIAL:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Rebecca Dexter** as **Girlfriend**, who was fifteen (15) years of age or older, resided at the time of service **6083 SEMINOLE GARDENS CIR C, RIVIERA BEACH, FL 33418**, which was also **Brandan Stedfelt's** usual place of abode, and informed said person of the contents therein, in compliance with Florida Statute 48.031 or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 38, Sex: F, Race/Skin Color: Caucasian, Height: 5'8", Weight: 165, Hair: Blonde, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts s tated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

**William Wyly**
Process Server 2057

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026000463
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. • Process Server's Toolbox V9.0e

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff: **JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**


ROC2026000465

vs.

Defendant: **CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Darien Thomas, 3826 SHELLEY RD N, WEST PALM BEACH, FL 33407.**

I, Nixon Fleurimond, do hereby affirm that on the **31st day of January, 2026** at **10:45 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** to: **Darien Thomas** at the address of: **3826 SHELLEY RD N, WEST PALM BEACH, FL 33407** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with Federal Statute or other state statute as applicable.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Hispanic, Height: 6'0", Weight: 170, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

**Nixon Fleurimond**
Process Server 1316

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026000465
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. • Process Server's Toolbox V9.0d

## Nancy Lehr

| | |
|---|---|
| **From:** | Shawn Woods <SWoods@ROCKLEGAL.COM> |
| **Sent:** | Thursday, March 5, 2026 11:20 AM |
| **To:** | Nancy Lehr |
| **Cc:** | Office Mailbox |
| **Subject:** | RE: Pochette and Woods v. City of WPB |



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The first address given was 600 Banyan Boulevard, West Palm Beach, FL 33401. The Court Liaison, Wayde Jeremie, stated that all defendants had been terminated from the West Palm Beach Police Department.

After the skip trace was conducted we attempted

160 NW 70TH ST APT 202, BOCA RATON, FL 33487. This unit was under renovation with a lock box on the door and a building permit posted.

12712 Woodmill Drive Unit H, Palm Beach Gardens, FL 33418, but was advised by Krista Ricket that the defendant has not lived here in over 3 years.

All 3 returns are also uploaded. We can reattempt the address to see if the renovation is complete and if he possibly moved back in. Please advise.

Thank you

---

**From:** Nancy Lehr <Nlehr@smithball.com>
**Sent:** Thursday, March 5, 2026 11:12 AM
**To:** Shawn Woods <SWoods@ROCKLEGAL.COM>
**Subject:** Pochette and Woods v. City of WPB

Good morning,

I received your Return of Non-Service and thank you! Did you ever try and serve Christopher Rekdahl at 160 NW 70th Street, Apt 202, Boca Raton. That was the first address given to you.

Thank you.

**Nancy Lehr**
**Legal Assistant to Scott B. Smith, Esq.**
**Smith, Ball, Báez & Prather Florida Injury Lawyers**
**4400 PGA Blvd., Suite 800**
**Palm Beach Gardens, FL 33410**
**Phone: (561) 675-0840**
**Facsimile: (561) 675-0841**
**e-mail: nlehr@smithball.com**
**www.smithball.com**

## **RETURN OF NON-SERVICE**

UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff:
**JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**

vs.

Defendant:
**CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**



ROC2026000279



For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Christopher Rekdahl West Palm Beach Police Department, 600 Banyan Boulevard, West Palm Beach, FL 33401**.

I, Nixon Fleurimond, do hereby affirm that on the **14th day of January, 2026** at **2:41 pm, I:**

**NONSERVED:**  I was unable to deliver the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/14/2026  2:41 pm  I attempted service at 600 Banyan Boulevard, West Palm Beach, FL 33401. The Court Liaison, Wayde Jeremie, stated that all defendants had been terminated from the West Palm Beach Police Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in  the Return of Service and Statement of Service Fees in true and correct.  I am over the age of 18 and have no interest in the above acti on in accordance with the Federal Rules of Civil Procedure.

**Nixon Fleurimond**
Federal Server 1316

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026000279
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

## Scott Smith

| | |
|---|---|
| **From:** | Andrew Carrabis <acarrabis@wpb.org> |
| **Sent:** | Wednesday, February 18, 2026 3:15 PM |
| **To:** | Scott Smith; Nancy Lehr |
| **Cc:** | Kim Patrick; Douglas Yeargin; Jerome Stone; Linda Capobianco; K Anderson, Esq; Vicki Wainright |
| **Subject:** | RE: Pochette & Woods v. WPB, et al. Case No. 25-cv-81544 - Chapter 119 Exempt Email *** |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Scott, last known address are as follows:

Mr. Rekdahl: 160 NW 70th Street Apt 202, Boca Raton FL, 33487
Mr. Borgen: 440 NE 4th Avenue, Fort Lauderdale FL 33301
Mr. Stedfelt: 6083 Seminole Gardens Circle, Riviera Beach FL, 33418



This email should be held confidential to the extent Chapter 119 applies.

**Andrew Carrabis**
**Senior Assistant City Attorney**
City of West Palm Beach
Office of the City Attorney
401 Clematis Street • West Palm Beach • Florida 33401
P: 561.822.1353 | F: 561.822.1373 | acarrabis@wpb.org



WEST PALM BEACH
City Attorney

***Disclaimer***:  This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information.  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges.  Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege.  If the reader of this message is ___not___ the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.  **Under Florida Law, e-mail addresses and the contents of the e-mail are public records. If you do not want your e-mail address, or the contents of the e-mail, released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.**

**From:** Scott Smith <ssmith@smithball.com>
**Sent:** Wednesday, February 18, 2026 1:46 PM
**To:** Andrew Carrabis <acarrabis@wpb.org>; Nancy Lehr <Nlehr@smithball.com>
**Cc:** Kim Patrick <KPatrick@wpb.org>; Douglas Yeargin <DYeargin@wpb.org>; Jerome Stone <jas@stonelawfl.com>; Linda Capobianco <linda@stonelawfl.com>; K Anderson, Esq <kan@andersonandwelch.com>; Vicki Wainright <vwainright@smithball.com>
**Subject:** RE: Pochette & Woods v. WPB, et al. Case No. 25-cv-81544

**Caution:** This is an external email. Please take care when clicking links or opening attachments.

Andrew, please know that we have put in very significant effort, time, resources and costs in getting them served once the City of West Palm Beach would not accept and/or receive the Summons for each of them at the same time we served the City. Our process server is relatively convinced that they are purposely trying not to be served. Their most up-to-date addresses will be greatly appreciated. Thank you. -Scott

**Respectfully,**

**Scott B. Smith, Esq.**



### SCOTT B. SMITH, ESQ.
**Florida Bar Board Certified Civil Trial Attorney (since 2008)**
**Smith, Ball, Báez & Prather Florida Injury Lawyers**
**4400 PGA Blvd., Suite 800**
**Palm Beach Gardens, FL 33410**
**Phone: (561) 675-0840**
**Facsimile: (561) 675-0841**
**e-mail: ssmith@smithball.com**
**www.smithball.com**



**From:** Andrew Carrabis <acarrabis@wpb.org>
**Sent:** Wednesday, February 18, 2026 11:46 AM
**To:** Nancy Lehr <Nlehr@smithball.com>; Scott Smith <ssmith@smithball.com>
**Cc:** Kim Patrick <KPatrick@wpb.org>; Douglas Yeargin <DYeargin@wpb.org>; Jerome Stone <jas@stonelawfl.com>; Linda Capobianco <linda@stonelawfl.com>; K Anderson, Esq <kan@andersonandwelch.com>; Vicki Wainright

# RETURN OF NON-SERVICE
UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff: **JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of teh Estate of JENINE MONIQUE WOODS**


ROC2026000462

vs.

Defendant: **CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**

**PLAINTIFF'S EXHIBIT L**

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of January, 2026 at 1:33 pm to be served on **Christopher Rekdahl, 160 NW 70TH ST APT 202, BOCA RATON, FL 33487.**

I, Donald Bateson, do hereby affirm that on the **28th day of January, 2026** at **5:38 pm, I:**

**NONSERVED:** after due search, careful inquiry and diligent attempts was unable to serve the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** on **Christopher Rekdahl** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/28/2026  5:38 pm  Attempted service at 160 NW 70TH ST APT 202, BOCA RATON, FL 33487. Wrong address. This unit is under renovation with a lock box on the door and a building permit posted. Spoke to the neighbor in 102 who confirmed the owner Danielle and her husband moved out while renovations are underway. She said to her knowledge, there was no Christopher living there with them. There is nobody living there at this time.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

**Donald Bateson**
Process Server #3204

**Rock Legal Services & Investigations Inc
500 South Australian Ave.
Suite 606
West Palm Beach, FL 33401
(561) 296-7574**

Our Job Serial Number: ROC-2026000462
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

## <u>RETURN OF NON-SERVICE</u>

### UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff:
**JUNEL POCHETTE, individually and as Personal Representative of the Estate of
MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal
Representative of the Estate of JENINE MONIQUE WOODS**


ROC2026001288

vs.

Defendant:
**CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually**


PLAINTIFF'S
EXHIBIT
M

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 18th day of February, 2026 at 9:56 am to be served on **Christopher Rekdahl, 12712 Woodmill Drive, Unit H, Palm Beach Gardens, FL 33418**.

I, Dawn Herndon, do hereby affirm that on the **28th day of February, 2026** at **1:43 pm**, I:

**NONSERVED:** I was unable to deliver the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
2/28/2026  1:43 pm  I attempted service at 12712 Woodmill Drive Unit H, Palm Beach Gardens, FL 33418, but was advised by Krista Ricket that the defendant had not lived here in over 3 years.
2/23/2026  12:46 pm  I attempted service at 12712 Woodmill Drive Unit H, Palm Beach Gardens, FL 33418, but there was no answer and no vehicles were visible.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts s tated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing  in the county in which service was made in accordance with State Statute.

_Dawn Herndon_
**Dawn Herndon**
Process Server ID#3109

**Rock Legal Services & Investigations Inc
500 South Australian Ave.
Suite 606
West Palm Beach, FL 33401
(561) 296-7574**

Our Job Serial Number: ROC-2026001288
Ref: Pochette v. City of WPB