UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JUNEL POCHETTE, individually and as Personal
Representative of the Estate of MARCIA MAY
POCHETTE; and DEVIN WOODS, individually and
as Personal Representative of the Estate of JENINE
MONIQUE WOODS,

---

*Plaintiffs,*

v.

Civil Action No. 9:25-cv-81544-XXXX

CITY OF WEST PALM BEACH, a Florida municipal
corporation, AUSTIN DANIELOVICH, individually,
PIERRE ETIENNE, individually, CHRISTOPHER
REKDAHL, individually, MICHAEL BORGEN,
Individually, WILLIAM LOAYZA, individually,
BRANDAN STEDFELT, individually, and DARIEN
THOMAS, individually,

---

*Defendants.*

## SUMMONS IN A CIVIL ACTION

To:     Christopher Rekdahl
        c/o Secretary of State
        P.O. Box 6327
        Tallahassee, FL  32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott B. Smith, Esq.
Smith Ball Baez & Prather
4400 PGA Boulevard
Suite 800
Palm Beach Gardens, FL  33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 31, 2026

_s/ Dimas Rodriguez_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Civil Action No. 9:25-cv-81544-XXXX

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place _____
of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)*    , who is _____

_____ on *(date)* _____ ; or

⌐ I returned the summons unexecuted because _____ ; or

⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: