# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff: **JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of the Estate of JENINE MONIQUE WOODS**

ROC2026002327

vs.

Defendant: **CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 1st day of April, 2026 at 8:08 am to be served on **Christopher Rekdahl c/o Secretary of State, P.O. Box 6327, Tallahassee, FL 32314.**

I, Denise Rock, do hereby affirm that on the **6th day of April, 2026** at **1:50 pm, I:**

served by electronically submitting a true copy of the **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Beryllium Spalding** who is an Employee Authorized for the Florida Secretary of State the agent authorized for service upon **Christopher Rekdahl** at the address of **P.O. Box 6327, Tallahassee, FL 32314**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081 or other state statute as applicable.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

**Denise Rock**
Process Server ID#289

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026002327
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e