UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 25-CV-81544-AMC

JUNEL POCHETTE, individually and as
Personal Representative of the Estate of
MARCIA MAY POCHETTE, and DEVIN
WOODS, individually and as Personal
Representative of the Estate of JENICE
MONIQUE WOODS,

     Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,

     Defendants.

_____/

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S  AMENDED COMPLAINT [DE 7]**

COME NOW, Defendants, CITY OF WEST PALM BEACH, AUSTIN DANIELOVICH,

PIERRE ETIENNE, WILLIAM LOAYZA, and BRANDAN STEDFELT, (hereinafter

"Defendants"), by and through their undersigned counsel and pursuant to Fed.R.Civ.P 6(b), file this

Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint [DE 7],

and in support thereof state:

    1.    On December 10, 2025, Plaintiff filed his Complaint against Defendants.

    2.    On December 15, 2025, this Court entered an Order Requiring Combined Responses

indicating that: (1) Defendants were not required to file a responsive pleading until after all Defendants had been served, and (2) Defendants were to file a single combined response within the time allowed for the last-served Defendant to respond.[DE 5].

3.     On December 29, 2025, Plaintiff filed his Amended Complaint against Defendants. [DE 7].

4.     Thereafter, all Defendants were served and the last-served Defendant, Christopher Rekdahl, was served on April 6, 2026. [DE 36].

5.     Pursuant to this Court's Order, Defendants' responsive pleading was due on or before April 27, 2026.

6.     Defendants were unaware of the service on Christopher Rekdahl until Plaintiff filed the return of service on April 28, 2026. [DE 36].

7.     As Defendants were unaware of the deadline until yesterday, they are in need of an extension to file a responsive pleadings and request a 21-day extension, with a new deadline of May 20, 2026.

8.     Fed.R.Civ.P 6(b) provides that the Court, in its discretion and for good cause shown, may enlarge a period of time "on motion made after the time has expired of the party failed to act because of excusable neglect."

9.     Such authority is within the Court's broad discretion to manage its cases, including scheduling. *Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1458, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. Of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

10.     Because the Defendants did not know the last party had been served - through no fault of theirs - this qualifies as excusable neglect.

11.     Moreover, this Motion for Extension of Time is being made as soon as possible and

is made in good faith and not for the purpose of delay.

WHEREFORE, Defendants respectfully request that this Court grant the instant motion and extend the deadline to May 20, 2026, to file a responsive pleading to Plaintiff's Amended Complaint.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned has conferred with counsel for Plaintiff (Scott Smith, Esquire), who does not object to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel.

Respectfully submitted,

*/s/ Tamatha S. Alvarez*
TAMATHA S. ALVAREZ (151467)
tsalaw@hotmail.com
LISTER & ALVAREZ
1655 N. Commerce Parkway, Suite 102
Weston, FL 33326
Telephone:     (954) 659-9322 Ext 305
Facsimile:     (954) 659-9909
*Counsel for Danielovich*