UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 25-CV-81544-AMC

JUNEL POCHETTE, individually and as
Personal Representative of the Estate of
MARCIA MAY POCHETTE, and DEVIN
WOODS, individually and as Personal
Representative of the Estate of JENICE
MONIQUE WOODS,

     Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,

     Defendants.

_____/

## AUSTIN DANIELOVICH'S ANSWER AND DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT [DE 7]

COMES NOW, Defendant, AUSTIN DANIELOVICH, (hereinafter "DANIELOVICH or

"DEFENDANT"), by and through his undersigned counsel and files his Answer and Defenses.

## JURISDICTIONAL ALLEGATIONS

1.     Without knowledge, therefore denied.

2.     Without knowledge, therefore denied.

3.     Without knowledge, therefore denied.

## CONDITIONS PRECEDENT

4.     Without knowledge, therefore denied.

5.     Without knowledge, therefore denied.

## PARTIES

6.     Without knowledge, therefore denied.

7.     No response required as this allegation is directed to a different Defendant.

8.     DANIELOVICH agrees that he was working for the West Palm Beach Police Department and was acting under the color of law and within the course and scope of his employment. DANIELOVICH is without knowledge as to the remaining allegations in this paragraph and they are therefore denied.

9.     Without knowledge, therefore denied.

## GENERAL ALLEGATIONS AND FACTS COMMON TO ALL COUNTS

10.    Without knowledge, therefore denied.

11.    Without knowledge, therefore denied.

12.    Without knowledge, therefore denied.

13.    DANIELOVICH agrees that he was employed by and working for the West Palm Beach Police Department on July 30, 2024.  However, the remaining allegations in this paragraph are denied.

14.    Admit.

15.    No response required as this allegation is directed to a different Defendant.

16.    No response required as this allegation is directed to a different Defendant.

17.    No response required as this allegation is directed to a different Defendant.

18.    No response required as this allegation is directed to a different Defendant.

19. Admit.

20. No response required as this allegation is directed to a different Defendant.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. No response required as the document speaks for itself.

26. No response required as the document speaks for itself.

27. No response required as the document speaks for itself.

28. No response required as the document speaks for itself.

29. Without knowledge, therefore denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied as phrased.

35. Without knowledge, therefore denied.

36. No response required as this call for a legal conclusion.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42.     Denied.

43.     Without knowledge, therefore denied.

44.     Without knowledge, therefore denied.

45.     Without knowledge, therefore denied.

46.     Denied.

47.     Denied.

48.     Without knowledge, therefore denied.

49.     Without knowledge, therefore denied.

50.     Denied.

51.     Denied.

## HISTORICAL/PRIOR INCIDENTS

52.     Without knowledge, therefore denied.

53.     Without knowledge, therefore denied.

54.     Without knowledge, therefore denied.

55.     Without knowledge, therefore denied.

56.     Without knowledge, therefore denied.

57.     Without knowledge, therefore denied.

## COUNT I - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH

58. - 65.     This count is directed to a different Defendant.  As such, no response is required.

## COUNT II - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST AUSTIN DANIELOVICH

66.     No response required.

67.     Without knowledge, therefore denied.

68. Denied.

69. Admit that on July 30, 2025, DANIELOVICH was acting within the course and scope of his employment with the West Palm Beach Police Department.  The remaining allegations are denied.

70. Denied.

71. Denied.

72. Denied.

73. With knowledge, therefore denied.

## COUNT III - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST PIERRE ETIENNE

74. - 81.   This count is directed to a different Defendant.  As such, no response is required.

## COUNT IV - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST CHRISTOPHER REKDALH

82. - 89.   This count is directed to a different Defendant.  As such, no response is required.

## COUNT V - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST MICHAEL BORGEN

90. - 97.   This count is directed to a different Defendant.  As such, no response is required.

## COUNT VI - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST WILLIAM LOAYZA

98. - 105.   This count is directed to a different Defendant.  As such, no response is required.

## COUNT VII - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST BRANDAN STEDFELT

106. - 113.   This count is directed to a different Defendant.  As such, no response is required.

## COUNT VIII - WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST DARIEN THOMAS

114. - 121.     This count is directed to a different Defendant.  As such, no response is required.

## COUNT IX - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH

122. - 127.     This count is directed to a different Defendant.  As such, no response is required.

## COUNT X - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST AUSTIN DANIELOVICH

128.    No response required.

129.    Denied.

130.    Denied.

131.    Denied.

132.    Denied.

133.    Without knowledge, therefore denied.

## COUNT XI - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST PIERRE ETIENNE

134. - 139.     This count is directed to a different Defendant.  As such, no response is required.

## COUNT XII - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST CHRISTOPHER REKDAHL

140. - 145.     This count is directed to a different Defendant.  As such, no response is required.

## COUNT XIII - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST MICHAEL BORGEN

146. - 151.     This count is directed to a different Defendant.  As such, no response is required.

### COUNT XIV - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST WILLIAM LOAYZA

152. - 157.     This count is directed to a different Defendant.  As such, no response is required.

### COUNT XV - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST BRANDAN STEDFELT

158. - 163.     This count is directed to a different Defendant.  As such, no response is required.

### COUNT XVI - FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST DARIEN THOMAS

164. - 169.     This count is directed to a different Defendant.  As such, no response is required.

### COUNT XVII - 42 U.S.C. 1983 WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH

170. - 175.     This count is directed to a different Defendant.  As such, no response is required.

### COUNT XVIII - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST AUSTIN DANIELOVICH

176.     No response required.

177.     Denied.

178.     Denied.

179.     Denied.

180.     Without knowledge, therefore denied.

### COUNT XIX - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST PIERRE ETIENNE

181. - 185.     This count is directed to a different Defendant.  As such, no response is required.

### COUNT XX - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST CHRISTOPHER REKDAHL

186. - 190.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXI - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST MICHAEL BORGEN**

191. - 195.    This count is directed to a different Defendant. As such, no response is required.

**COUNT XXII - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST WILLIAM LOAYZA**

196. - 200.    This count is directed to a different Defendant. As such, no response is required.

**COUNT XXIII - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST BRANDAN STEDFELT**

201. - 205.    This count is directed to a different Defendant. As such, no response is required.

**COUNT XXIV - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST DARIEN THOMAS**

206. - 210.    This count is directed to a different Defendant. As such, no response is required.

**COUNT XXV - 42 U.S.C. 1983 FAILURE TO TRAIN FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH**

211. - 223.    This count is directed to a different Defendant. As such, no response is required.

**COUNT XXVI - 42 U.S.C. 1983 FAILURE TO SUPERVISE FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH**

224. - 237.    This count is directed to a different Defendant. As such, no response is required.

**COUNT XXVII - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH**

238. - 246.    This count is directed to a different Defendant. As such, no response is required.

## COUNT XXVIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST AUSTIN DANIELOVICH

247. No response required.

248. Denied.

249. Denied.

250. Denied.

251. Denied.

252. Denied.

253. Without knowledge, therefore denied.

254. Denied.

255. Denied.

## COUNT XXIX - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST PIERRE ETIENNE

256. - 264. This count is directed to a different Defendant. As such, no response is required.

## COUNT XXX - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST CHRISTOPHER REKDAHL

265. - 273. This count is directed to a different Defendant. As such, no response is required.

## COUNT XXXI - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST MICHAEL BORGEN

274. - 282. This count is directed to a different Defendant. As such, no response is required.

## COUNT XXXII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST WILLIAM LOAYZA

283. - 291. This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST BRANDAN STEDFELT**

292. - 300.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXIV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST DARIEN THOMAS**

301. - 309.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXV - NEGLIGENT TRAINING FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH**

310. - 316.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXVI - NEGLIGENT SUPERVISION FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST THE CITY OF WEST PALM BEACH**

317. - 323.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXVII - WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH**

324. - 331.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXVIII - WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST AUSTIN DANIELOVICH**

332.    No response required.

333.    Without knowledge, therefore denied.

334.    Denied.

335.    Admit that on July 30, 2025, DANIELOVICH was acting within the course and scope of his employment with the West Palm Beach Police Department.  The remaining allegations are denied.

336.    Denied.

337.    Denied.

338. Denied.

339. With knowledge, therefore denied.

**COUNT XXXIX - WRONGFUL DEATH OF JENICE MONIQUE WOODS
AGAINST PIERRE ETIENNE**

340. - 347.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXX - WRONGFUL DEATH OF JENICE MONIQUE WOODS
AGAINST CHRISTOPHER REKDAHL**

348. - 355.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXXI - WRONGFUL DEATH OF JENICE MONIQUE WOODS
AGAINST MICHAEL BORGEN**

356. - 363.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXXII - WRONGFUL DEATH OF JENICE MONIQUE WOODS
AGAINST WILLIAM LOAYZA**

364. - 371.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XXXXIII - WRONGFUL DEATH OF JENICE MONIQUE WOODS
AGAINST BRANDAD STEDFELT**

372. - 379.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XLIV - WRONGFUL DEATH OF JENICE MONIQUE WOODS
AGAINST DARIEN THOMAS**

380. - 387.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XLV - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS
AGAINST THE CITY OF WEST PALM BEACH**

388. - 393.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT XLVI - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS
AGAINST AUSTIN DANIELOVICH**

394. No response required.

395. Denied.

396.    Denied.

397.    Denied.

398.    Denied.

399.    Without knowledge, therefore denied.

## COUNT XLVII - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST PIERRE ETIENNE

400. - 405.    This count is directed to a different Defendant.  As such, no response is required.

## COUNT XLVIII - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST CHRISTOPHER REKDAHL

406. - 411.    This count is directed to a different Defendant.  As such, no response is required.

## COUNT XLIX - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST MICHAEL BORGEN

412. - 417.    This count is directed to a different Defendant.  As such, no response is required.

## COUNT L - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST WILLIAM LOAYZA

418. - 423.    This count is directed to a different Defendant.  As such, no response is required.

## COUNT LI - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST BRANDAN STEDFELT

424. - 429.    This count is directed to a different Defendant.  As such, no response is required.

## COUNT LII - FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST DARIEN THOMAS

430. - 435.    This count is directed to a different Defendant.  As such, no response is required.

## COUNT LIII - 42 U.S.C. 1983 WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH

436. - 441.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LIV - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST AUSTIN DANIELOVICH**

442.    No response required.

443.    Denied.

444.    Denied.

445.    Denied.

446.    Without knowledge, therefore denied.

**COUNT LV - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST PIERRE ETIENNE**

447. - 451.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LVI - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST CHRISTOPHER REKDAHL**

452. - 456.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LVII - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST MICHAEL BORGEN**

457. - 461.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LVIII - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST WILLIAM LOAYZA**

462. - 466.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LIX - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST BRANDAN STEDFELT**

467. - 471.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LX - 42 U.S.C. 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST DARIEN THOMAS**

472. - 476.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXI - 42 U.S.C. 1983 FAILURE TO TRAIN FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH**

477. - 490.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXII - 42 U.S.C. 1983 FAILURE TO SUPERVISE FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH**

491. - 504.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXIII - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH**

505. - 513.    This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXIV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST AUSTIN DANIELOVICH**

514.    No response required.

515.    Denied.

516.    Denied.

517.    Denied.

518.    Denied.

519.    Denied.

520.    Without knowledge, therefore denied.

521.    Denied.

522.    Denied.

**COUNT LXV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST PIERRE ETIENNE**

523. - 531.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXVI - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST CHRISTOPHER REKDAHL**

532. - 540.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXVII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST MICHAEL BORGEN**

541. - 549.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXVIII - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST WILLIAM LOAYZA**

550. - 558.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXIX - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST BRANDAN STEDFELT**

559. - 567.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXX - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST DARIEN THOMAS**

568. - 576.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXXI - NEGLIGENT TRAINING FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH**

577. - 583.     This count is directed to a different Defendant.  As such, no response is required.

**COUNT LXXII - NEGLIGENT SUPERVISION FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH**

584. - 590.     This count is directed to a different Defendant.  As such, no response is required.

**<u>DEFENSES</u>**

1.  Further answering and as a defense, Defendant would allege and assert that because his actions occurred within course and scope and course of his employment with the City of West Palm Beach, and because his actions were not committed with bad faith with malicious purpose or in any matter exhibiting wanting and willful disregard of human rights, safety or property, he is immune from suit pursuant to Florida Statute § 768.28 (9)(a).

2.  Further answering and as a defense, Defendant would allege and assert that he is entitled to qualified immunity because he did not act in any way that would violate any clearly established rights guaranteed to the Plaintiffs under the Constitution of the United States and/or under any statutory and/or common law, of which a reasonable person and/or reasonable police officer would have known.

3.  Further answering and as a defense, Defendant would allege and assert that, at all times material, he acted in good faith, without malice and in pursuit of a lawful and legal duty, and therefore, Plaintiffs are not entitled to punitive damages.

4.  Further answering and as a defense, Defendant would allege and assert that Plaintiff WOODS is comparatively negligent pursuant to Florida Statute § 768.81, and any award must be reduced accordingly.

5.  Further answering and as a defense, Defendant would allege and assert that he is entitled to a credit and/or setoff for any and all benefits paid and/or payable, as well as any and all benefits, collateral sources, or other sources, or set offs or recoupments and, therefore, claims its credits, set offs, or recoupments accordingly.

6.  Further answering and as a defense, Defendant would allege and assert that Plaintiffs

have failed to mitigate their alleged damages.

7. Further answering and as a defense, Defendant further assert that the limit of liability, including financial liability, to Plaintiffs is statutorily limited as more fully set forth in Florida Statute §768.28.

8. Further answering and as a defense, Defendant would allege and assert that the actions taken by him were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery pursuant to 42 U.S.C. § 1983.

9. Further answers and as a defense, Defendant would allege and assert that pursuant to the holding in *Fabre vs. Marin*, 623 So. 2d 1182 (Fla. 1993), Defendant is entitled to apportion liability to all other individuals, corporations or other parties that have liability for the damages alleged in the complaint. Specifically, Defendant asserts entitlement to apportion liability to the driver of the vehicle that struck Plaintiffs; vehicle: NEONI COPELAND.

10. Further answering and as a defense, Defendant would allege and assert that Plaintiffs' conspiracy claim is barred pursuant to the intracorporate conspiracy doctrine.

11. Further answering and as a defense, Defendant would allege and assert that Plaintiffs' state law claims are barred pursuant to the public duty doctrine.

12. Further answering and as a defense, Defendant would allege and assert that he had no duty to render aid and breached no duty to Plaintiffs, and therefore judgment must be entered in his favor.

13. Further answering and as a defense, Defendant would allege and assert that he owed no special duty to Plaintiffs, and therefore judgment must be entered in his favor.

14. Further answering and as a defense, Defendant would allege and assert that Plaintiffs have failed to state a claim for "failure to render aid" and "conspiracy to violate civil

rights", and therefore judgment must be entered in his favor.

15.     Defendant further demands reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, should he prevail in this action.

16.     Defendant further denies each and every other allegation in Plaintiffs' Second Amended Complaint herein not specifically admitted.

17.     Defendant reserves the right to amend and supplement these defenses adding such defenses as may appear to be appropriate upon further discovery being conducted in this case.

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel.

Respectfully submitted,

/s/ Tamatha S. Alvarez
TAMATHA S. ALVAREZ (151467)
tsalaw@hotmail.com
LISTER & ALVAREZ
1655 N. Commerce Parkway, Suite 102
Weston, FL 33326
Telephone:      (954) 659-9322 Ext 305
Facsimile:      (954) 659-9909
Counsel  for Danielovich

<u>**SERVICE LIST**</u>
CASE NO.: 25-CV-81544-AMC

SCOTT B. SMITH, ESQ. (158569)
***Attorneys for Plaintiffs***
Smith Ball Baez & Prather Florida Injury Lawyers
4400 PGA Blvd., Suite 800
Palm Beach Gardens, FL 33410
Tel: 561.675.0840
Fax: 561.675.0841
ssmith@smithball.com


JEROME A. STONE, ESQ. (57010)
LINDA E. CAPOBIANCO, ESQ. (121916)
***Attorneys for Plaintiffs***
Law Offices of Stone & Capobianco, P.L.
219 SE Ocean Blvd.
Stuart, FL 34994
Tel: 772.781.4357
Fax: 772.781.4340
jas@stonelawfl.com
lec@stonelawfl.com


KEVIN R. ANDERSON, ESQ. (0044857)
***Attorneys for Plaintiffs***
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr.
West Palm Beach, FL 33401
Tel: 561.832.3386
Fax: 561.820.4867
kan@andersonandwelch.com
andewelch@andersonandwelch.com
==========================================================
ANDREW B. CARRABIS, ESQ. (89782)
***Attorneys for City of West Palm Beach***
CITY OF WEST PALM BEACH
OFFICE OF THE CITY ATTORNEY
401 Clematis Street, 5th Floor
West Palm Beach, FL 33401
Tel: 561.822.1353
acarrabis@wpb.org

TAMATHA S. ALVAREZ, ESQ. (151467)
***Attorneys for Austin Danielovich***
LISTER & ALVAREZ
1655 N. Commerce Pkwy, Suite 102
Weston, FL 33326
Tel: 954.659.9322
tsalaw@hotmail.com

PAUL A DARAGJATI, ESQ. (713813)
***Attorneys for William Loayza***
PAUL DARAGJATI, PLC
4745 Sutton Park Court, Suite 503
Jacksonville, FL 32224
Tel: 904.379.4117
paul@daragjatilaw.com

SUMMER M. BARRANCO, ESQ. (984663)
***Attorneys for Pierre Etienne***
Purdy Jolly Giuffreda Barranco & Jisa, P.A.
2455 E. Sunrise Blvd., Suite 1216
Fort Lauderdale, FL 33304
Tel: 954.462.3200
summer@purdylaw.com
isabella@purdylaw.com

PHILLIP M. VOGELSANG, ESQ. (0042771)
***Attorneys for Michael Borgen***
5530 Beach Blvd.
Jacksonville, FL 32207
Tel: 904.398.7010
Fax: 904.398.7192
phil@fop530.com

LEIGH F. ROSENBLOOM, ESQ. (8462)
KENDALL S. MANINI, ESQ. (1025543)
***Attorneys for Darien Thomas***
Marks Gray, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
Tel: 904.398.0900
lrosenbloom@marksgray.com
kmanini@marksgray.com
breeves@marksgray.com
jpopovici@marksgray.com
sallen@marksgray.com


MICHAEL R. PIPER, ESQ. (710105)
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
***Attorneys for Brandan Stedfelt***
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
piper@jambg.com
cintron@jambg.com
andrews@jambg.com