UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **25-81544-CIV-CANNON**

JUNEL POCHETTE individually and as Personal
Representative of the Estate of MARCIA MAY
POCHETTE, and DEVIN WOOD, individually
and as Personal Representative of the Estate of
JENICE MONIQUE WOODS,

     Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, Austin DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,
Defendants.

     Defendants.

_____/

## DEFENDANT ETIENNE'S ANSWER AND DEFENSES TO
## SECOND AMENDED COMPLAINT [DE 7]

The Defendant, PIERRE ETIENNE, individually, by and through his undersigned counsel, files this Answer and Defenses to the Plaintiff's Second Amended Complaint [DE 7], and would state as follows:

### JURISDICTION AND VENUE

1. Denied.

2. Admitted for jurisdictional purposes only.

3. Admitted for jurisdictional purposes only.

### CONDITIONS PRECEDENT

4. Without knowledge and therefore denied.

1

5.   Without knowledge and therefore denied.

## PARTIES

6.   Without knowledge and therefore denied.

7.   Denied as phrased.

8.   Defendant Etienne admits that he was working for the West Palm Beach Police Department and was acting under the color of law and within the course and scope of his employment. However, Defendant Etienne is without knowledge as to the remaining allegations in this paragraph and they are therefore denied.

9.   Without knowledge and therefore denied.

## GENERAL ALLEGATIONS AND FACTS COMMON TO ALL COUNTS

10.  Without knowledge and therefore denied.

11.  Without knowledge and therefore denied.

12.  Without knowledge and therefore denied.

13.  Defendant Etienne admits that he was employed by and working for the West Palm Beach Police Department on July 30, 2024. However, the remaining allegations in this paragraph are denied.

14. Admitted.

15.  Denied as phrased.

16.  Denied as phrased.

17.  Denied as phrased.

18. Admitted that Officer Loayza was a passenger in the vehicle Defendant Etienne was driving. Otherwise, denied as phrased.

19. Admitted.

2

20. Denied as phrased.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. No response required as the document speaks for itself.

26. No response required as the document speaks for itself.

27. No response required as the document speaks for itself.

28. No response required as the document speaks for itself.

29. Without knowledge and therefore denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied as phrased.

35. Without knowledge and therefore denied.

36. This calls for a legal conclusion and thus no response is required.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43.  Without knowledge and therefore denied.

44.  Without knowledge and therefore denied.

45.  Without knowledge and therefore denied.

46.  Denied.

47.  Denied.

48. Without knowledge and therefore denied.

49. Without knowledge and therefore denied.

50. (a. – f.) Denied.

51. (a. – f.) Denied.

## HISTORICAL/PRIOR INCIDENTS

52.  Without knowledge and therefore denied.

53.  Without knowledge and therefore denied.

54.  Without knowledge and therefore denied.

55.  Without knowledge and therefore denied.

56.  Without knowledge and therefore denied.

57.  Without knowledge and therefore denied.

## COUNT I (1)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE AGAINST
## THE CITY OF WEST PALM BEACH

58. – 65. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 58. - 65.

## COUNT II (2)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST AUSTIN DANIELOVICH

4

66. - 73. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 66. -73.

## COUNT III (3)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST PIERRE ETIENNE

74. See responses to paragraphs 1 – 57 above.

75. Without knowledge and therefore denied.

76. Denied.

77. Defendant Etienne admits that he was employed by and working for the West Palm Beach Police Department on July 30, 2024. However, the remaining allegations in this paragraph are denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

## COUNT IV (4)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST CHRISTOPHER REKDAHL

82. - 89. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 82. - 89.

## COUNT V(5)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST MICHAEL BORGEN

90. - 97. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 90. - 97.

5

### COUNT VI (6)
### WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST WILLIAM LOAYZA

98. - 105. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 98. - 105.

### COUNT VII (7)
### WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST BRANDAN STEDFELT

106.  - 113. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 106. - 113.

### COUNT VIII (8)
### WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST DARIEN THOMAS

114.  - 121. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 114. - 121.

### COUNT IX (9)
### FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST THE CITY OF
### WEST PALM BEACH AS COGNIZABLE UNDER FLORIDA LAW

122.  - 127. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 122. - 127.

### COUNT X (10)
### FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST AUSTIN
### DANIELOVICH AS COGNIZABLE UNDER FLORIDA LAW

128.  - 133. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 128. - 133.

### COUNT XI (11)

6

**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST PIERRE ETIENNE AS COGNIZABLE UNDER FLORIDA LAW**

134.   See responses to paragraphs 1 – 57 above.

135.   Denied.

136.   Denied.

137.   Denied.

138.   Denied.

139.   Denied.

## COUNT XII (12)
### FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST CHRISTOPHER REKDAHL AS COGNIZABLE UNDER FLORIDA LAW

140.   - 145. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 140. - 145.

## COUNT XIII (13)
### FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST MICHAEL BORGEN AS COGNIZABLE UNDER FLORIDA LAW

146.   - 151. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 146. - 151.

## COUNT XIV (14)
### FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST WILLIAM LOAYZAS COGNIZABLE UNDER FLORIDA LAW

152. - 157. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 152. - 157.

## COUNT XV (15)
### FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST BRANDAN

**STEDFELT AS COGNIZABLE UNDER FLORIDA LAW**

158. - 163. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 158. - 163.

### COUNT XVI (16)
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE AGAINST DARIEN THOMAS AS COGNIZABLE UNDER FLORIDA LAW**

164. - 169. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 164. - 169.

### COUNT XVII (17)
**CLAIM AGAINST THE CITY OF WEST PALM BEACH COGNIZABLE UNDER 42 U.S.C. § 1983 FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**

170. - 175. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 170. - 175.

### COUNT XVIII (18)
**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST AUSTIN DANIELOVICH FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE COGNIZABLE UNDER 42 U.S.C. § 1983**

176. - 180. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 176. - 180.

### COUNT XIX (19)
**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST PIERRE ETIENNE FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE COGNIZABLE UNDER 42 U.S.C. § 1983**

181. See responses to paragraphs 1 – 57 above.

182. Denied.

183. Denied.

8

184. Denied.

185. Denied.

## COUNT XX (20)
## CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST CHRISTOPHER REKDAHL FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE COGNIZABLE UNDER 42 U.S.C. § 1983

186. - 190. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 186. - 190.

## COUNT XXI (21)
## CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST MICHAEL BORGEN FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE COGNIZABLE UNDER 42 U.S.C. § 1983

191. - 195. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 191. - 195.

## COUNT XXII (22)
## CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST WILLIAM LOAYZA FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE COGNIZABLE UNDER 42 U.S.C. § 1983

196. - 200. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 196. - 200.

## COUNT XXIII (23)
## CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST BRANDAN STEDFELT FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE COGNIZABLE UNDER 42 U.S.C. § 1983

201. - 205. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 201. - 205.

**COUNT XXIV (24)**
**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST DARIEN THOMAS FOR THE**
**WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**COGNIZABLE UNDER 42 U.S.C. § 1983**

206. - 210. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 206. - 210.

**COUNT XXV (25)**
**FAILURE TO TRAIN AGAINST THE CITY OF WEST PALM BEACH COGNIZABLE**
**UNDER 42 U.S.C. § 1983 FOR THE WRONGFUL DEATH OF**
**MARCIA MAY POCHETTE**

211. - 223. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 211.- 223.

**COUNT XXVI (26)**
**FAILURE TO SUPERVISE AGAINST THE CITY OF WEST PALM BEACH**
**COGNIZABLE UNDER 42 U.S C. § 1983 FOR THE WRONGFUL DEATH OF MARCIA**
**MAY POCHETTE**

224. - 237. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 224. - 237.

**COUNT XXVII (27)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST THE CITY OF**
**WEST PALM BEACH FOR THE WRONGFUL DEATH OF MARCIA MAY**
**POCHETTE**

238. - 246. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 238. - 246.

**COUNT XXVIII (28)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**AGAINST AUSTIN DANIELOVICH FOR THE WRONGFUL DEATH**
**OF MARCIA MAY POCHETTE**

247. - 255. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 247. - 255.

## COUNT XXIX (29)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## AGAINST PIERRE ETIENNE FOR THE WRONGFUL DEATH
## OF MARCIA MAY POCHETTE

256. See responses to paragraphs 1 – 57 above.

257. Denied.

258. Denied.

259. Denied.

260. Denied.

261. Denied.

262. Without knowledge and therefore denied.

263. Denied.

264. Denied.

## COUNT XXX (30)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST
## CHRISTOPHER REKDAHL FOR THE WRONGFUL DEATH OF MARCIA MAY
## POCHETTE

265. - 273. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 265. - 273.

## COUNT XXXI (31)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## AGAINST MICHAEL BORGEN FOR THE WRONGFUL DEATH
## OF MARCIA MAY POCHETTE

274. - 282. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 274. - 282.

**COUNT XXXII (32)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**AGAINST WILLIAM LOAYZA FOR THE WRONGFUL DEATH**
**OF MARCIA MAY POCHETTE**

283. - 291. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 283. - 291.

**COUNT XXXIII (33)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**AGAINST BRANDAN STEDFELT FOR THE WRONGFUL DEATH**
**OF MARCIA MAY POCHETTE**

292. - 300. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 292. - 300.

**COUNT XXXIV (34)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**AGAINST DARIEN THOMAS FOR THE WRONGFUL DEATH**
**OF MARCIA MAY POCHETTE**

301. - 309. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 301. - 309.

**COUNT XXXV (35)**
**NEGLIGENT TRAINING AGAINST THE CITY OF WEST PALM BEACH**
**COGNIZABLE UNDER FLORIDA LAW FOR THE WRONGFUL DEATH OF**
**MARCIA MAY POCHETTE**

310. - 316. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 310. - 316.

**COUNT XXXVI (36)**

12

**NEGLIGENT SUPERVISION AGAINST THE CITY OF WEST PALM BEACH**
**COGNIZABLE UNDER FLORIDA LAW FOR THE WRONGFUL DEATH OF**
**MARCIA MAY POCHETTE**

317. - 323. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 317. - 323.

**COUNT XXXVII (37)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS AGAINST**
**THE CITY OF WEST PALM BEACH**

324. - 331. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 324. - 331.

**COUNT XXXVIII (38)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST AUSTIN DANIELOVICH**

332. - 339. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 332. - 339.

**COUNT XXXIX (39)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST PIERRE ETIENNE**

340. See responses to paragraphs 1 – 57 above.

341. Without knowledge and therefore denied.

342. Denied.

343. Denied.

344. Denied.

345. Denied.

346. Denied.

347. Denied.

## COUNT XL (40)
## WRONGFUL DEATH OF JENICE MONIQUE WOODS
## AGAINST CHRISTOPHER REKDAHL

348. - 355. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 348. - 355.

## COUNT XLI (41)
## WRONGFUL DEATH OF JENICE MONIQUE WOODS
## AGAINST MICHAEL BORGEN

356. - 363. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 356. - 363.

## COUNT XLII (42)
## WRONGFUL DEATH OF JENICE MONIQUE WOODS
## AGAINST WILLIAM LOAYZA

364. - 371. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 364. - 371.

## COUNT XLIII (43)
## WRONGFUL DEATH OF JENICE MONIQUE WOODS
## AGAINST BRANDAN STEDFELT

372. - 379. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 372. - 379.

## COUNT XLIV (44)
## WRONGFUL DEATH OF JENICE MONIQUE WOODS
## AGAINST DARIEN THOMAS

380. - 387. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 380. - 387.

## COUNT XLV (45)
### FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST THE CITY OF WEST PALM BEACH AS COGNIZABLE UNDER FLORIDA LAW

388. - 393. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 388. - 393.

## COUNT XLVI (46)
### FAILURE TO RENDER AID TO JENICE MONIOUE WOODS AGAINST AUSTIN DANIELOVICH AS COGNIZABLE UNDER FLORIDA LAW

394. - 399. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 394. - 399.

## COUNT XLVII (47)
### FAILURE TO RENDER AID TO JENICE MO IOUE WOODS AGAINST PIERRE ETIENNE AS COGNIZABLE UNDER FLORIDA LAW

400. See responses to paragraphs 1 – 57 above.

401. Denied.

402. Denied.

403. Denied.

404. Denied.

405. Denied.

## COUNT XL VIII (48)
### FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST CHRISTOPHER REKDAHLAS COGNIZABLE UNDER FLORIDA LAW

406. - 411. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 406. - 411.

## COUNT XLIX (49)

**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST MICHAEL BORGEN AS COGNIZABLE UNDER FLORIDA LAW**

412. - 417. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 412. - 417.

### COUNT L (50)
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST WILLIAM LOAYZA AS COGNIZABLE UNDER FLORIDA LAW**

418. - 423. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 418. - 423.

### COUNT LI (51)
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST BRANDAN STEDFELT AS COGNIZABLE UNDER FLORIDA LAW**

424. - 429. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 424. - 429.

### COUNT LII (52)
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS AGAINST DARIEN THOMAS AS COGNIZABLE UNDER FLORIDA LAW**

430. - 435. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 430. - 435.

### COUNT LIII (53)
**CLAIM AGAINST THE CITY OF WEST PALM BEACH COGNIZABLE UNDER 42 U.S.C. § 1983 FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**

436. - 441. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 436. - 441.

### COUNT LIV (54)

16

**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST AUSTIN DANIELOVICH
FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS
COGNIZABLE UNDER 42 U.S.C. § 1983**

442.   - 446. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 442. - 446.

**COUNT LV (55)
CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST PIERRE ETIENNE FOR THE
WRONGFUL DEATH OF JENICE MONIQUE WOODS
COGNIZABLE UNDER 42 U.S.C. § 1983**

447.   See responses to paragraphs 1 – 57 above.

448.   Denied.

449.   Denied.

450.   Denied.

451.   Denied.

**COUNT LVI (56)
CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST CHRISTOPHER REKDAHL
FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS
COGNIZABLE UNDER 42 U.S.C. § 1983**

452.   - 456. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 452. - 456.

**COUNT LVII (57)
CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST MICHAEL BORGEN
FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS
COGNIZABLE UNDER 42 U.S.C. § 1983**

457. - 461. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 457. - 461.

**COUNT LVIII (58)**

17

**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST WILLIAM LOAYZA FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS COGNIZABLE UNDER 42 U.S.C. § 1983**

462.   - 466. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 462. - 466.

**COUNT LIX (59)**
**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST BRANDAN STEDFELT FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS COGNIZABLE UNDER 42 U.S.C. § 1983**

467.   - 471. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 467. - 471.

**COUNT LX (60)**
**CONSPIRACY TO VIOLATE CIVIL RIGHTS AGAINST DARIEN THOMAS FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS COGNIZABLE UNDER 42 U.S.C. § 1983**

472.   - 476. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 472. - 476.

**COUNT LXI (61)**
**FAILURE TO TRAIN AGAINST THE CITY OF WEST PALM BEACH COGNIZABLE UNDER 42 U.S.C. § 1983 FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**

477.   - 490. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 477. - 490.

**COUNT LXII (62)**
**FAILURE TO SUPERVISE AGAINST THE CITY OF WEST PALM BEACH COGNIZABLE UNDER 42 U.S.C. § 1983 FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**

491. - 504. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 491. - 504.

## COUNT LXIII (63)
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST THE CITY OF WEST PALM BEACH FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

505. - 513. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 505. - 513.

## COUNT LXIV (64)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST AUSTIN DANIELOVICH FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

514. - 522. As this Count is not brought against this Defendant, no responses are provided as to Paragraphs 514. - 522.

## COUNT LXV (65)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST PIERRE ETIENNE FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

523. See responses to paragraphs 1 – 57 above.

524. Denied.

525. Denied.

526. Denied.

527. Denied.

528. Denied.

529. Without knowledge and therefore denied.

530. Denied.

531.  Denied.

## COUNT LXVI (66)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST CHRISTOPHER REKDAHL FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

532.  - 540. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 532. - 540.

## COUNT LXVII (67)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST MICHAEL BORGEN FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

541.  - 549. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 541. - 549.

## COUNT LXVIII (68)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST WILLIAM LOAYZA FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

550.   - 558. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 550. - 558.

## COUNT LXIX (69)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST BRANDAN STEDFELT FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS

559.  - 567. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 559. - 567.

## COUNT LXX (70)
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DARIEN THOMAS FOR THE WRONGFUL DEATH

**OF JENICE MONIQUE WOODS**

568. - 576. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 568. - 576.

**COUNT LXXI (71)**
**NEGLIGENT TRAINING AGAINST THE CITY OF WEST PALM BEACH**
**COGNIZABLE UNDER FLORIDA LAW FOR THE WRONGFUL DEATH OF**
**JENICE MONIQUE WOODS**

577. - 583. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 577. - 583.

**COUNT LXXII (72)**
**NEGLIGENT SUPERVISION AGAINST THE CITY OF WEST PALM BEACH**
**COGNIZABLE UNDER FLORIDA LAW FOR THE WRONGFUL DEATH OF**
**JENICE MONIQUE WOODS**

584. - 590. As this Count is not brought against this Defendant, no responses are provided as to

Paragraphs 584. - 590.

**GENERAL DENIAL**

Any and all allegations to which a specific response has not previously been provided are

herein denied and strict proof thereof is demanded.

**DEFENSES**

1.      As a first Defense, the Defendant would assert  that because his actions occurred

within the course and scope and course of his employment with the City of West Palm Beach, and

because his actions were not committed with bad faith with malicious purpose or in any manner

exhibiting wanting and willful disregard of human rights, safety or property, he is immune from

suit pursuant to Florida Statute § 768.28(9)(a).

21

2.      As a further and separate Defense, the Defendant would assert that he is entitled to qualified immunity because he did not act in any way that would violate any clearly established rights guaranteed to the Plaintiffs under the Constitution of the United States and/or under any statutory and/or common law, of which a reasonable person and/or reasonable police officer would have known.

3.      As a further and separate Defense, the Defendant would assert that, at all times material, he acted in good faith, without malice and in pursuit of a lawful and legal duty, and therefore, Plaintiffs are not entitled to punitive damages.

4.      As a further and separate Defense, the Defendant would assert that Plaintiff Woods and/or Plaintiff Pochette is/are comparatively negligent pursuant to Florida Statute § 768.81, and any award must be reduced accordingly.

5.      As a further and separate Defense, the Defendant would assert that he is entitled to a credit and/or setoff for any and all benefits paid and/or payable, as well as any and all benefits, collateral sources, or other sources, or set offs or recoupments and, therefore, claims its credits, set offs, or recoupments accordingly.

6.      As a further and separate Defense, the Defendant would assert that Plaintiffs have failed to mitigate their alleged damages.

7.      As a further and separate Defense, the Defendant would assert that the limit of liability, including financial liability, to Plaintiffs is statutorily limited as more fully set forth in

Florida Statute §768.28.

8.     As a further and separate Defense, the Defendant would assert that the actions taken by him were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery pursuant to 42 U.S.C. § 1983.

9.     As a further and separate Defense, the Defendant would assert that pursuant to the holding in Fabre vs. Marin, 623 So. 2d 1182 (Fla. 1993), Defendant is entitled to apportion liability to all other individuals, corporations or other parties that have liability for the damages alleged in the complaint. Specifically, Defendant asserts entitlement to apportion liability to the driver of the vehicle that struck Plaintiffs; vehicle: Neoni Copeland.

10.     As a further and separate Defense, the Defendant would assert that Plaintiffs' conspiracy claim is barred pursuant to the intracorporate conspiracy doctrine.

11.     As a further and separate Defense, the Defendant would assert that Plaintiffs' state law claims are barred pursuant to the public duty doctrine.

12.     As a further and separate Defense, the Defendant would assert that he had no duty to render aid and breached no duty to Plaintiffs, and therefore judgment must be entered in his favor.

13.     As a further and separate Defense, the Defendant would assert that he owed no special duty to Plaintiffs, and therefore judgment must be entered in his favor.

14.     As a further and separate Defense, the Defendant would assert that any and all injuries or damages suffered by Plaintiff were caused in whole or in part by reason of the wrongful acts of others over which this Defendant had no control or responsibility for control.

15.     As a further and separate Defense, the Defendant would assert that Plaintiffs fail to state a claim upon which relief can be granted against Defendant for "failure to render aid."

16.     As a further and separate Defense, the Defendant would assert that Plaintiffs fail to state a claim upon which relief can be granted against Defendant for "conspiracy to violate civil rights."

17.     As a further and separate Defense, the Defendant would assert that Plaintiffs fail to state a claim upon which relief can be granted against Defendant for "intentional infliction of emotional distress."

18.     Defendant further demands reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, should he prevail in this action.

## DEMAND FOR TRIAL BY JURY

Defendant ETIENNE hereby demands trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to: **LINDA ELISE CAPOBIANCO, ESQ.,** Stone & Capobianco, P.L., 219 East Ocean Blvd Stuart, FL 34994 (Email: lec@stonelawfl.com; jas@stonelawfl.com); **KEVIN R. ANDERSON, ESQ.,** Anderson & Welch, LLC., attorneys for Plaintiff, 500 South Australian Avenue, Sixth Floor, West Palm Beach, Florida 33401 (andewelch@andersonandwelch.com); **SCOTT B. SMITH, ESQ.,** Smith Ball Baez & Prather Florida Injury Lawyers, 4400 PGA Blvd., Suite 800, Palm Beach Gardens,

FL 33410, (ssmith@smithball.com); **ANDREW B. CARRABIS, ESQ.,** City Of West Palm Beach Office Of The City Attorney, 401 Clematis Street, 5th Floor, West Palm Beach, FL 33401 (acarrabis@wpb.org); **TAMATHA S. ALVAREZ, ESQ.,** Martin Lister & Alvarez, 1655 N. Commerce Pkwy, Suite 102, Weston, FL 33326 (tsalaw@hotmail.com); **PAUL A DARAGJATI, ESQ.,** Paul Daragjati, PLC, 4745 Sutton Park Court, Suite 503, Jacksonville, FL 32224 (paul@daragjatilaw.com); **MICHAEL R. PIPER, ESQ.,** Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, 2455 E. Sunrise Boulevard, Suite 1000, Fort Lauderdale, Florida 33304 (piper@jambg.com; cintron@jambg.com; andrews@jambg.com) this 20th day of May, 2026.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:     (954) 462-3200
E-mail: summer@purdylaw.com; isabella@purdylaw.com
Attorneys for *Defendant Pierre Etienne*

25