UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:25-cv-81544-AMC

JUNEL POCHETTE, as Personal
Representative of the Estate of MARCIA
MAY POCHETTE, and DEVIN WOODS, as
Personal Representative of the Estate of
JENICE MONIQUE WOODS,

      Plaintiffs,

vs.

CITY OF WEST PALM BEACH, a Florida
municipal        corporation,        AUSTIN
DANIELOVICH,     individually,     PIERRE
ETIENNE,     individually,     CHRISTOPHER
REKDAHL,      individually,      MICHAEL
BORGEN, individually, WILLIAM LOAYZA,
individually,     BRANDON     STEDFELT,
individually,    and    DARIEN    THOMAS,
individually,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING THE RETURN OF NON-SERVICE FOR THE DEFENDANT, CHRISTOPHER REKDAHL, AT THE 699 BRANDON PRESCOTT LANE, APARTMENT 305, WEST PALM BEACH, FLORIDA ADDRESS AND/OR LOCATION

COME NOW the Plaintiffs, JUNEL POCHETTE, as Personal Representative of the Estate of

MARCIA MAY POCHETTE, and DEVIN WOODS, as Personal Representative of the Estate of

JENICE MONIQUE WOODS, by and through their undersigned counsel, and hereby gives notice of

serving the Return of Non-Service for the Defendant, CHRISTOPHER REKDAHL at 699 Brandon

Prescott Lane, Apt. 305, West Palm Beach, FL 33401.

As is indicated in this particular Return of Non-Service, the process server, Denise Rock, went

to 699 Brandon Prescott Lane, Apt. 305, West Palm Beach, FL 33401 on May 13, 2026 at 8:50 P.M.

to attempt to gain service of process on CHRISTOPHER REKDAHL. Denise Rock spoke with the current resident, Salah, a middle eastern male who said the Defendant, CHRISTOPHER REKDAHL, was unknown.

As a result, the Plaintiffs and their undersigned attorney have made a good faith and duly diligent attempt to serve CHRISTOPHER REKDAHL at 699 Brandon Prescott Lane, Apt. 305, West Palm Beach, FL 33401, but it was determined that he does not live, reside and/or stay there.

**NOTE:** Service of Process on CHRISTOPHER REKDAHL was gained and/or obtained on May 16, 2026 at 9:53 A.M. at 160 NW 70th Street, Apt. 202, Boca Raton, FL 33487 by Dishawn Woods of Rock Legal Services & Investigations Inc. The undersigned attorney for the Plaintiffs has also filed such Return of Service (Document 54 filed 5/22/20276).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2026, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record.

Scott B. Smith, Esq.
Florida Bar No. 158569
SMITH, BALL, BAEZ & PRATHER
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, FL 33410
Telephone: (561) 675-0840
Facsimile: (561) 675-0841
Primary Email: ssmith@smithball.com
Secondary: nlehr@smithball.com

By: /s/ Kevin R. Anderson
Kevin R. Anderson, Esq.
Florida Bar No. 44857
ANDERSON & WELCH, LLC
120 S. Australian Ave., Floor 6
West Palm Beach, FL 33401
Telephone: (561) 832-3386

Facsimile: (561) 820-4867
Primary Email: kan@andersonandwelch.com
Secondary: andewelch@andersonandwelch.com

*By:  /s/ Jerome A. Stone, Jr.*
Jerome A. Stone, Jr., Esq.
Florida Bar No. 57010
jas@stonelawfl.com
Linda E. Capobianco, Esq.
Florida Bar No. 121916
lec@stonelawfl.com
STONE & CAPOBIANCO, P.L.
219 SE Ocean Boulevard
Stuart, FL 34994
Telephone: (772) 781-4357
Facsimile: (772) 781-4340
Primary Email: jas@stonelawfl.com
Secondary Email: lec@stonelawfl.com

Attorneys for Plaintiffs

## RETURN OF NON-SERVICE
UNITED STATES DISTRICT COURT
Palm Beach District of Florida

Case Number: 9:25-CV-81544-XXXX

Plaintiff: **JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE; AND DEVIN WOODS, individually and as Personal Representative of the Estate of JENINE MONIQUE WOODS**

ROC2026003253

vs.

Defendant: **CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, Individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually**

For:
Scott Smith, Esq.
Smith, Ball, Báez & Prather Florida Injury Lawyers
4440 PGA Blvd.
Palm Beach Gardens, FL 33410

Received by Rock Legal Services & Investigations Inc on the 12th day of May, 2026 at 10:43 am to be served on **Christopher Rekdahl, 699 Brandon Prescott Lane, Apt. 305, West Palm Beach, FL 33401**.

I, Denise Rock, do hereby affirm that on the **13th day of May, 2026** at 8:50 pm, I:

**NONSERVED -** the  **Summons and Second Amended Complaint for Damages and Demand for Jury Trial** for **Christopher Rekdahl** because the above stated address was tenant  occupied and the tenant stated that **Christopher Rekdahl** did not reside at this address.

**Additional Information pertaining to this Service:**
5/13/2026  8:50 pm  Attempted service at 699 Brandon Prescott Lane Apt. 305, West Palm Beach, FL 33401. Spoke with the current resident, Salah, a middle eastern male who said the defendant was unknown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct.  I am over the age of 18 and have no interest in the above action in accordance with the Federal Rules of Civil Procedure.

**Denise Rock**
Process Server

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: ROC-2026003253
Ref: Pochette v. City of WPB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e