UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-81544-AMC

JUNEL POCHETTE, individually and as
Personal Representative of the Estate of
MARCIA MAY POCHETTE, and DEVIN
WOODS, individually and as Personal
Representative of the Estate of JENICE
MONIQUE WOODS,

     Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,

     Defendants.

_____/

**DEFENDANT CHRISTOPHER REKDAHL'S AMENDED ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

COMES NOW, Defendant, CHRISTOPHER REKDAHL ("Rekdahl" or "Defendant"),

through his undersigned counsel, and files this Amended Answer to Plaintiffs' Second Amended

Complaint in correspondingly-numbered paragraphs as follows:

**JURISDICTIONAL ALLEGATIONS**

1. Admitted for jurisdictional purposes only; otherwise, denied.

2 Admitted Plaintiff has asserted federal claims but denied as to their merit.

3. Admitted Plaintiff invokes supplemental jurisdiction for state law claims but denied as

to their merit.

**CONDITIONS PRECEDENT**

4. Without knowledge; therefore, denied.

5. Without knowledge; therefore, denied.

**PARTIES**

6. Without knowledge; therefore, denied.

7. Admitted the City is a municipal corporation. Otherwise, without knowledge; therefore denied.

8. Admitted on July 30, 2024, Rekdahl was employed by the City of West Palm Beach as a law enforcement officer and was acting within the course and scope of his employment and under color of state law; and further admitted Rekdahl is being sued in this action in his individual capacity. Otherwise, without knowledge; therefore, denied.

9. Admitted on July 30, 2024, Rekdahl was employed by the City of West Palm Beach as a law enforcement officer; and that the crash occurred in Palm Beach County. Otherwise, without knowledge; therefore, denied.

**GENERAL ALLEGATIONS AND FACTS COMMON TO ALL COUNTS**

10.  Without knowledge; therefore, denied.

11.  Without knowledge; therefore, denied.

12.  Without knowledge; therefore, denied.

13. Admitted on July 30, 2024, Rekdahl was employed by the City of West Palm Beach as a law enforcement officer. Otherwise, denied.

14.  Without knowledge; therefore, denied

15.  Without knowledge; therefore, denied

2

16. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

17. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

18. Without knowledge; therefore, denied

19. Without knowledge; therefore, denied

20. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. The document speaks for itself; otherwise, denied.

26. The document speaks for itself; otherwise, denied.

27. The document speaks for itself; otherwise, denied.

28. The document speaks for itself; otherwise, denied.

29. Without knowledge; therefore, denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied as phrased.

35. Without knowledge; therefore, denied.

36. Seeks a legal opinion for which no response is necessary.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Admitted Plaintiffs are asserting wrongful death actions but denied as to the merits.

44. Without knowledge; therefore, denied.

45. Without knowledge; therefore, denied.

46. Denied.

47. Denied.

48. Without knowledge; therefore, denied.

49. Without knowledge; therefore, denied.

50. Denied.

51. Denied.

52. Without knowledge; therefore, denied.

53. Without knowledge; therefore, denied.

54. Without knowledge; therefore, denied.

55. Without knowledge; therefore, denied.

56. Without knowledge; therefore, denied.

57. Without knowledge; therefore, denied.

## COUNT I (1)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST THE CITY OF WEST PALM BEACH

58.–65. This count is directed to a different Defendant. As such, no response is required.

## COUNT II (2)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST AUSTIN DANIELOVICH

66.–73. This count is directed to a different Defendant. As such, no response is required.

## COUNT III (3)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST PIERRE ETIENNE

74.–81. This count is directed to a different Defendant. As such, no response is required.

## COUNT IV (4)
## WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST CHRISTOPHER REKDAHL

82. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

83. Without knowledge; therefore, denied.

84. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

85. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

86. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

87. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

88. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

89. Admitted damages are being sought but denied the claim has merit

**COUNT V(5)**
**WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST MICHAEL BORGEN**

90.–97.  This count is directed to a different Defendant. As such, no response is required.

**COUNT VI (6)**
**WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**\AGAINST WILLIAM LOAYZA**

98.–105.  This count is directed to a different Defendant. As such, no response is required.

**COUNT VII (7)**
**WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST BRANDAN STEDFELT**

106.–113.  This count is directed to a different Defendant. As such, no response is required.

**COUNT VIII (8)**
**WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST DARIEN THOMAS**

114.–121.  This count is directed to a different Defendant. As such, no response is required.

**COUNT IX (9)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST THE CITY OF WEST PALM BEACH**

122.–127.  This count is directed to a different Defendant. As such, no response is required.

**COUNT X (10)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST AUSTIN DANIELOVICH**

128.–133.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XI (11)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST PIERRE ETIENNE**

134.–139.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XII (12)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST CHRISTOPHER REKDAHL**

140. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

**COUNT XIII (13)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST MICHAEL BORGEN**

146.–151.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XIV (14)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST WILLIAM LOAYZA**

152.–157.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XV (15)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST BRANDAN STEDFELT**

158.–163.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XVI (16)**
**FAILURE TO RENDER AID TO MARCIA MAY POCHETTE**
**AGAINST DARIEN THOMAS**

164.–169.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XVII (17)**
**42 U.S.C. § 1983 WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST THE CITY OF WEST PALM BEACH**

170.–175.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XVIII (18)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST AUSTIN DANIELOVICH**

176.–180.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XIX (19)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST PIERRE ETIENNE**

181.–185.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XX (20)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST CHRISTOPHER REKDAHL**

186. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

8

187. Denied.

188. Denied.

189. Denied.

190. Denied.

## COUNT XXI (21)
## 42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS
## FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST MICHAEL BORGEN

191.–195.  This count is directed to a different Defendant. As such, no response is required.

## COUNT XXII (22)
## 42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS
## FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST WILLIAM LOAYZA

196.–200.  This count is directed to a different Defendant. As such, no response is required.

## COUNT XXIII (23)
## 42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS
## FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST BRANDAN STEDFELT

201.–205.  This count is directed to a different Defendant. As such, no response is required.

## COUNT XXIV (24)
## 42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS
## FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST DARIEN THOMAS

206.–210.  This count is directed to a different Defendant. As such, no response is required.

## COUNT XXV (25)
## 42 U.S.C. § 1983 FAILURE TO TRAIN
## FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
## AGAINST THE CITY OF WEST PALM BEACH

211.–223.  This count is directed to a different Defendant. As such, no response is required.

### COUNT XXVI (26)
### 42 U.S.C. § 1983 FAILURE TO SUPERVISE
### FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST THE CITY OF WEST PALM BEACH

224.–237.  This count is directed to a different Defendant. As such, no response is required.

### COUNT XXVII (27)
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST THE CITY OF WEST PALM BEACH

238.–246.  This count is directed to a different Defendant. As such, no response is required.

### COUNT XXVIII (28)
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST AUSTIN DANIELOVICH

247.–255.  This count is directed to a different Defendant. As such, no response is required.

### COUNT XXIX (29)
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST PIERRE ETIENNE

256.–264.  This count is directed to a different Defendant. As such, no response is required.

### COUNT XXX (30)
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE
### AGAINST CHRISTOPHER REKDAHL

265. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

266. Denied.

267. Denied.

268. Denied.

269. Denied.

270. Denied.

271. Without knowledge; therefore, denied.

272. Denied.

273. Denied.

**COUNT XXXI (31)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST MICHAEL BORGEN**

274.–282.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXII (32)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST WILLIAM LOAYZA**

283.–291.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXIII (33)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST BRANDAN STEDFELT**

292.–300.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXIV (34)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST DARIEN THOMAS**

301.–309.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXV (35)**
**NEGLIGENT TRAINING**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST THE CITY OF WEST PALM BEACH**

310.–316.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXVI (36)**
**NEGLIGENT SUPERVISION**
**FOR THE WRONGFUL DEATH OF MARCIA MAY POCHETTE**
**AGAINST THE CITY OF WEST PALM BEACH**

317.–323.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXVII (37)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

324.–331.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXVIII (38)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST AUSTIN DANIELOVICH**

332.–339.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XXXIX (39)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST PIERRE ETIENNE**

340.–347.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XL (40)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST CHRISTOPHER REKDAHL**

348. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

349. Without knowledge; therefore, denied.

350. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

351. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

12

352. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

353. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

354. Rekdahl respectfully declines to answer this paragraph of the Second Amended Complaint based on the grounds of his Florida and Federal Constitutional rights and privileges to not be compelled to be a witness against himself.

355. Admitted damages are being sought but denied the claim has merit

**COUNT XLI (41)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST MICHAEL BORGEN**

356.–363.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLII (42)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST WILLIAM LOAYZA**

364.–371.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLIII (43)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST BRANDAN STEDFELT**

372.–379.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLIV (44)**
**WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST DARIEN THOMAS**

380.–387.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLV (45)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

388.–393.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLVI (46)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST AUSTIN DANIELOVICH**

394.–399.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLVII (47)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST PIERRE ETIENNE**

400.–405.  This count is directed to a different Defendant. As such, no response is required.

**COUNT XLVIII (48)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST CHRISTOPHER REKDAHL**

406. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

407. Denied.

408. Denied.

409. Denied.

410. Denied.

411. Denied.

**COUNT XLIX (49)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST MICHAEL BORGEN**

412.–417.  This count is directed to a different Defendant. As such, no response is required.

14

**COUNT L (50)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST WILLIAM LOAYZA**

418.–423.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LI (51)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST BRANDAN STEDFELT**

424.–429.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LII (52)**
**FAILURE TO RENDER AID TO JENICE MONIQUE WOODS**
**AGAINST DARIEN THOMAS**

430.–435.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LIII (53)**
**42 U.S.C. § 1983 WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

436.–441.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LIV (54)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST AUSTIN DANIELOVICH**

442.–446.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LV (55)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST PIERRE ETIENNE**

447.–451.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LVI (56)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST CHRISTOPHER REKDAHL**

452. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth

herein.

15

453. Denied.

454. Denied.

455. Denied.

456. Denied.

**COUNT LVII (57)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST MICHAEL BORGEN**

457.–461.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LVIII (58)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST WILLIAM LOAYZA**

462.–466.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LIX (59)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST BRANDAN STEDFELT**

467.–471.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LX (60)**
**42 U.S.C. § 1983 CONSPIRACY TO VIOLATE CIVIL RIGHTS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST DARIEN THOMAS**

472.–476.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LXI (61)**
**42 U.S.C. § 1983 FAILURE TO TRAIN**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

477.–490.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LXII (62)**
**42 U.S.C. § 1983 FAILURE TO SUPERVISE**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

491.–504.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LXIII (63)**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

505.–513.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LXIV (64)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST AUSTIN DANIELOVICH**

514.–522.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LXV (65)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST PIERRE ETIENNE**

523.–531.  This count is directed to a different Defendant. As such, no response is required.

**COUNT LXVI (66)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST CHRISTOPHER REKDAHL**

532. Rekdahl reincorporates his responses to paragraphs 1 through 57 as if fully set forth herein.

533. Denied.

534. Denied.

535. Denied.

536. Denied.

537. Denied.

17

538. Without knowledge; therefore, denied.

539. Denied.

540. Denied.

**COUNT LXVII (67)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST MICHAEL BORGEN**

541.–549. This count is directed to a different Defendant. As such, no response is required.

**COUNT LXVIII (68)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST WILLIAM LOAYZA**

550.–558. This count is directed to a different Defendant. As such, no response is required.

**COUNT LXIX (69)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST BRANDAN STEDFELT**

559.–567. This count is directed to a different Defendant. As such, no response is required.

**COUNT LXX (70)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST DARIEN THOMAS**

568.–576. This count is directed to a different Defendant. As such, no response is required.

**COUNT LXXI (71)**
**NEGLIGENT TRAINING**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

577.–583. This count is directed to a different Defendant. As such, no response is required.

**COUNT LXXII (72)**
**NEGLIGENT SUPERVISION**
**FOR THE WRONGFUL DEATH OF JENICE MONIQUE WOODS**
**AGAINST THE CITY OF WEST PALM BEACH**

584.–590.  This count is directed to a different Defendant. As such, no response is required.

**GENERAL DENIAL**

Rekdahl denies all allegations of the Second Amended Complaint that have not been specifically admitted herein.

**PRAYER FOR RELIEF**

Rekdahl denies that Plaintiffs are entitled to equitable relief, general and compensatory damages, permanent injunctive relief, costs, attorney's fees, interest, or any other relief in this litigation.

**DEMAND FOR TRIAL BY JURY**

Rekdahl demands a jury trial on all issues raised in the Second Amended Complaint.

**AFFIRMATIVE DEFENSES**

1.  Defendant took all actions within the course and scope of his employment with the City of West Palm Beach, and because his actions were not committed in bad faith, with malicious purpose, or in any manner exhibiting wanton and willful disregard of human rights, safety, or property, he is immune from suit pursuant to Florida Statute § 768.28(9)(a).

2.  Defendant is entitled to qualified immunity because he did not act in any way that would violate any clearly established rights guaranteed to the Plaintiffs under the Constitution of the United States and/or under any statutory and/or common law, of which a reasonable person and/or reasonable police officer would have known.

3. Defendant, at all times material, acted within the course and scope of his employment, in good faith, without malice, and in pursuit of a lawful and legal duty, and therefore Plaintiffs are not entitled to punitive damages.

4. Plaintiffs' conspiracy claim is barred pursuant to the intracorporate conspiracy doctrine.

5. Plaintiffs' state law claims are barred pursuant to the public duty doctrine.

6. Defendant had no duty to render aid and breached no duty to Plaintiffs.

7. Defendant did not owe Plaintiffs any special duty.

8. Pursuant to *Fabre v. Marin*, Defendant is entitled to apportion liability to all other individuals, corporations, or other parties that have liability for the damages alleged in the Complaint, including but not limited to the driver of the vehicle that struck Plaintiffs' vehicle, Neoni Copeland.

9. Defendant is entitled to a credit and/or setoff for any and all benefits paid and/or payable, as well as any and all benefits, collateral sources, or other sources.

WHEREFORE, Defendant, **CHRISTOPHER REKDAHL**, having fully answered Plaintiffs' Second Amended Complaint and having denied all liability thereunder, respectfully prays judgment be entered in his favor and he be awarded his attorney's fees, costs and expenses, as allowable pursuant to applicable law, specifically including under 42 U.S.C. §1988, 28 U.S.C. §1927, Rule 11, *Fed. R. Civ. P*., and any other legal basis for the awarding of such relief.

Dated this 10th day of June 2026.

20

Respectfully submitted,

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**
Florida Bar No. 937975
E-mail: michael@spellman.law

**SPELLMAN LAW, P.A.**
905 East Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 601-1983

*Attorneys for Defendant Christopher Rekdahl*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to: LINDA ELISE CAPOBIANCO, ESQ., Stone & Capobianco, P.L., 219 East Ocean Blvd Stuart, FL 34994 (Email: lec@stonelawfl.com; jas@stonelawfl.com); KEVIN R. ANDERSON, ESQ., Anderson & Welch, LLC., attorneys for Plaintiff, 500 South Australian Avenue, Sixth Floor, West Palm Beach, Florida 33401 (andewelch@andersonandwelch.com); SCOTT B. SMITH, ESQ., Smith Ball Baez & Prather Florida Injury Lawyers, 4400 PGA Blvd., Suite 800, Palm Beach Gardens, FL 33410, (ssmith@smithball.com); ANDREW B. CARRABIS, ESQ., City Of West Palm Beach Office Of The City Attorney, 401 Clematis Street, 5th Floor, West Palm Beach, FL 33401 (acarrabis@wpb.org); TAMATHA S. ALVAREZ, ESQ., Martin Lister & Alvarez, 1655 N. Commerce Pkwy, Suite 102, Weston, FL 33326 (tsalaw@hotmail.com); PAUL A DARAGJATI, ESQ., Paul Daragjati, PLC, 4745 Sutton Park Court, Suite 503, Jacksonville, FL 32224 (paul@daragjatilaw.com); MICHAEL R. PIPER, ESQ., Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, 2455 E. Sunrise Boulevard, Suite 1000, Fort Lauderdale, Florida 33304 (piper@jambg.com; cintron@jambg.com; andrews@jambg.com); SUMMER M. BARRANCO,

21

ESQ., Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., 2455 E. Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304 (summer@purdylaw.com; isabella@purdylaw.com) this 10th day of June 2026.

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**