UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 25-CV-81544-AMC

JUNEL POCHETTE, individually and as
Personal Representative of the Estate of
MARCIA MAY POCHETTE, and DEVIN
WOODS, individually and as Personal
Representative of the Estate of JENICE
MONIQUE WOODS,

     Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida
municipal corporation, AUSTIN DANIELOVICH,
individually, PIERRE ETIENNE, individually,
CHRISTOPHER REKDAHL, individually,
MICHAEL BORGEN, individually, WILLIAM
LOAYZA, individually, BRANDAN STEDFELT,
individually, and DARIEN THOMAS, individually,

     Defendants.

_____/

**DEFENDANTS' SUGGESTION OF "EXPEDITED"
NATURE OF PENDING MOTION [DE 74]**

COME NOW, Defendants,  AUSTIN DANIELOVICH, PIERRE ETIENNE,

CHRISTOPHER REKDAHL, MICHAEL BORGEN, WILLIAM LOAYZA, BRANDAN

STEDFELT, and DARIEN THOMAS, by and through their undersigned counsel and pursuant to

Local Rule 7.1(d)(2), respectfully suggests that Defendants' Motion for Extension of Time to

Respond to Plaintiffs' Third Amended Complaint and to Exceed Page Limit [DE 74], requires

expedited consideration, and in support thereof states:

     1.     On July 31, 2026, Defendants filed a  Motion for Extension of Time to Respond

to Plaintiffs' Third Amended Complaint and to Exceed Page Limit.

2.     The Motion [DE 74] requires an expedited ruling by August 3, 2026, as the current deadline to respond to the Third Amended Complaint is August 4, 2026.

WHEREFORE, Defendants respectfully request that this Court grant the instant motion and permit the Individual Officer Defendants to file a single combined responsive pleading, not to exceed 30 pages, no later than August 14, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*/s/ Tamatha S. Alvarez*
TAMATHA S. ALVAREZ (151467)
tsalaw@hotmail.com
LISTER & ALVAREZ
1655 N. Commerce Parkway, Suite 102
Weston, FL 33326
Telephone:     (954) 659-9322 Ext 305
Facsimile:     (954) 659-9909
*Counsel for Danielovich*

## SERVICE LIST
CASE NO.: 25-CV-81544-AMC

SCOTT B. SMITH, ESQ. (158569)
*Attorneys for Plaintiffs*
Smith Ball Baez & Prather Florida Injury Lawyers
4400 PGA Blvd., Suite 800
Palm Beach Gardens, FL 33410
Tel: 561.675.0840
Fax: 561.675.0841
ssmith@smithball.com

JEROME A. STONE, ESQ. (57010)
LINDA E. CAPOBIANCO, ESQ. (121916)
***Attorneys for Plaintiffs***
Law Offices of Stone & Capobianco, P.L.
219 SE Ocean Blvd.
Stuart, FL 34994
Tel: 772.781.4357
Fax: 772.781.4340
jas@stonelawfl.com
lec@stonelawfl.com

KEVIN R. ANDERSON, ESQ. (0044857)
***Attorneys for Plaintiffs***
Anderson & Welch, LLC
500 S. Australian Avenue, 6th Flr.
West Palm Beach, FL 33401
Tel: 561.832.3386
Fax: 561.820.4867
kan@andersonandwelch.com
andewelch@andersonandwelch.com

MARGARET BICHLER, ESQ.
***Attorneys for Plaintiffs***
9526 Osprey Isles Blvd.
West Palm Beach, FL 33412
Tel.:    772.696.3374
mbichler@foryourrights.com

ANDREW B. CARRABIS, ESQ. (89782)
***Attorneys for City of West Palm Beach***
CITY OF WEST PALM BEACH
OFFICE OF THE CITY ATTORNEY
401 Clematis Street, 5th Floor
West Palm Beach, FL 33401
Tel: 561.822.1353
acarrabis@wpb.org

TAMATHA S. ALVAREZ, ESQ. (151467)
***Attorneys for Austin Danielovich***
LISTER & ALVAREZ
1655 N. Commerce Pkwy, Suite 102
Weston, FL 33326
Tel: 954.659.9322
tsalaw@hotmail.com

PAUL A DARAGJATI, ESQ. (713813)
***Attorneys for William Loayza***
PAUL DARAGJATI, PLC
4745 Sutton Park Court, Suite 503
Jacksonville, FL 32224
Tel: 904.379.4117
paul@daragjatilaw.com

SUMMER M. BARRANCO, ESQ. (984663)
***Attorneys for Pierre Etienne***
Purdy Jolly Giuffreda Barranco & Jisa, P.A.
2455 E. Sunrise Blvd., Suite 1216
Fort Lauderdale, FL 33304
Tel: 954.462.3200
summer@purdylaw.com
isabella@purdylaw.com

PHILLIP M. VOGELSANG, ESQ. (0042771)
***Attorneys for Michael Borgen***
5530 Beach Blvd.
Jacksonville, FL 32207
Tel: 904.398.7010
Fax: 904.398.7192
phil@fop530.com

LEIGH F. ROSENBLOOM, ESQ. (8462)
KENDALL S. MANINI, ESQ. (1025543)
***Attorneys for Darien Thomas***
Marks Gray, P.A.
1200 Riverplace Blvd., Suite 800
Jacksonville, FL 32207
Tel: 904.398.0900
lrosenbloom@marksgray.com
kmanini@marksgray.com
breeves@marksgray.com
jpopovici@marksgray.com
sallen@marksgray.com

MICHAEL R. PIPER, ESQ. (710105)
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
***Attorneys for Brandan Stedfelt***
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954.463.0100
Fax: 954.463.2444
piper@jambg.com
cintron@jambg.com
andrews@jambg.com

MICHAEL P. SPELLMAN, ESQ. (937975)
SPELLMAN LAW, P.A.
***Attorneys for Christopher Rekdahl***
905 E. Park Ave.
Tallahassee, FL 32301
Tel:     850-601-1983
michael@spellman.law