UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 25-cv-81544-JTK

JUNEL POCHETTE, individually and as Personal Representative of the Estate of MARCIA MAY POCHETTE, and DEVIN WOODS, individually and as Personal Representative of the Estate of JENICE MONIQUE WOODS,

Plaintiffs,

v.

CITY OF WEST PALM BEACH, a Florida municipal corporation, AUSTIN DANIELOVICH, individually, PIERRE ETIENNE, individually, CHRISTOPHER REKDAHL, individually, MICHAEL BORGEN, individually, WILLIAM LOAYZA, individually, BRANDAN STEDFELT, individually, and DARIEN THOMAS, individually,

Defendants.
_____________________________________________/

**NOTICE OF CHANGE OF ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER**

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1(g), the undersigned counsel of record for the Plaintiffs, Margaret M. Bichler, Esq., hereby notifies the Court and all parties of a change to her mailing address, email address, telephone number, and firm information on file with the Clerk of Court, effective immediately. Counsel's former and current contact information are as follows:

**Former Contact Information:**
Margaret M. Bichler, Esq.
9526 Osprey Isles Blvd.
West Palm Beach, FL 33412
Telephone: (772) 696-3374
Email: mbichler@foryourrights.com

**Current Contact Information:**
Margaret M. Bichler, Esq.
SMITH, BALL, BAEZ & PRATHER
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, FL 33410
Telephone: (561) 675-0840
Facsimile: (561) 675-0841
Email: mbichler@smithball.com

Counsel respectfully requests that the Clerk of Court and all counsel of record update their records accordingly and direct all future notices, correspondence, and service of documents in this matter to the current contact information listed above.

DATED this 20th day of August, 2026.

Respectfully submitted,

*/s/ Margaret M. Bichler*
Margaret M. Bichler, Esq.
Florida Bar No. 62795
SMITH, BALL, BAEZ & PRATHER
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, FL 33410
Telephone: (561) 675-0840
Facsimile: (561) 675-0841
Email: mbichler@smithball.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

*/s/ Margaret M. Bichler*
Margaret M. Bichler, Esq.
Florida Bar No. 62795